Dan Stormer, Esq. [S.B. #101967]
Theresa Zhen, Esq. [S.B. #300710]
HADSELL STORMER RENICK & DAI LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600
Facsimile: (626) 577-7079
Emails: dstormer@hadsellstormer.com
       tzhen@hadsellstormer.com

Dan Siegel, SBN 56400
EmilyRose Johns, SBN 294319
SIEGEL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
Emails: danmsiegel@gmail.com
       emilyrose@siegelyee.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of LINDA MILLER, by and through CHRISTINA HYDE, as Administrator; CHRISTINA HYDE; and Minor Plaintiff H.S., by and through his Guardian *ad Litem*, RICHARD HYDE,<br><br>    Plaintiffs,<br><br>    v.<br><br>COUNTY OF SUTTER; COUNTY OF NEVADA, SHERIFF BRANDON BARNES, in his individual capacity; SHERIFF SHANNON MOON, in her individual capacity; COMMANDER DAN BUTTLER, in his individual capacity; LIEUTENANT NORMAN BIDWELL, in his individual capacity; SERGEANT KRISTIE M. GARZA, in her individual capacity; BRENDA FRANKS, in her individual capacity; MARETTE COOPER, in her individual capacity; JEANETTE MULLENAX, in her individual capacity; WELLPATH; H.I.G. CAPITAL, LLC; CALIFORNIA FORENSIC MEDICAL GROUP (AKA Correctional Medical Group Companies, Inc. and AKA WELLPATH); TAYLOR FIFTHIAN, in his official and individual capacities; MICHAEL KURITZKY in his official and individual capacities; KIP HALLMAN, in his official and individual capacities, and DOES 1-20,<br><br>    Defendants. | Case No.: 20-cv-00577-KJM-DMC<br><br>**PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM** |

PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM

Petitioner H.S., by and through his uncle Richard Hyde, states as follows:

1. Petitioner H.S., a minor age 6, is the son of Linda Miller, who is deceased.

2. Petitioner commenced an action in this Court against County of Sutter, County of Nevada, Sheriff Brandon Barnes, Sheriff Shannon Moon, Commander Dan Buttler, Lieutenant Norman Bidwell, Sergeant Kristie M. Garza, Brenda Franks, Marette Cooper, Jeanette Mullenax, Wellpath, H.LG. Capital, LLC, California Forensic Medical Group (AKA Correctional Medical Group Companies, Inc. and AKA Wellpath), Taylor Fifthian, Michael Kuritzky, Kip Hallman, and DOES 1-20, for the wrongful death of Linda Miller.

3. Petitioner has no general guardian and no previous petition for appointment of a guardian ad !item has been file in this matter.

4. Richard Hyde, whose address is 484 East 8th Street, # 2, Chico, CA 95928, is a competent and responsible person, and fully competent to act as our guardian ad !item.

5. Said Richard Hyde is willing to act as guardian ad litem for petitioner, as appears by his consent attached hereto.

WHEREFORE, petitioner moves the court for an order appointing Richard Hyde as guardian ad litem of petitioner for the purpose of bringing this action against the County of Sutter, County of Nevada, Sheriff Brandon Barnes, Sheriff Shannon Moon, Commander Dan Buttler, Lieutenant Norman Bidwell, Sergeant Kristie M. Garza, Brenda Franks, Marette Cooper, Jeanette Mullenax, Wellpath, H.I.G. Capital, LLC, California Forensic Medical Group (AKA Correctional Medical Group Companies, Inc. and AKA Wellpath), Taylor Fifthian, Michael Kuritzky, Kip Hallman, and DOES 1-20., on the claim hereinabove stated.

Dated: May 27, 2020                 Respectfully Submitted,

                                    SIEGEL, YEE, BRUNNER & MEHTA

                                    By:  /s/ EmilyRose Johns
                                         EmilyRose Johns

                                    Attorneys for Plaintiffs

PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD         -1-

**CONSENT OF APPOINTMENT**

I hereby consent to act as guardian ad litem for the minor H.S. in the above-entitled action.

_____

Richard Hyde[1]

---

**ORDER APPOINTING GUARDIAN AD LITEM**

The Court having considered the petition for the appointment of Richard Hyde as guardian ad litem for H.S., who is a minor, and good cause appearing therefore, IT IS HEREBY ORDERED that Richard Hyde be, and he is, hereby appointed as guardian ad litem for H.S. a plaintiff in the above-entitled action, and he is authorized to institute and prosecute the action mentioned in the petition.

DATED: June 15, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The court acknowledges receipt of Mr. Hyde's signature on the petition.

PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD

-2-