IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA HYDE, et al., | No. 2:20-CV-0577-KJM-DMC |
| Plaintiffs, | |
| v. | ORDER |
| COUNTY OF SUTTER, et al., | |
| Defendants. | |

Plaintiff, who is proceeding with retained counsel, brings this civil action. Good cause appearing therefor, the initial scheduling conference set for August 5, 2020, before the undersigned in Redding, California, at 10:00 a.m., is vacated pending resolution of defendants' motions to dismiss.

IT IS SO ORDERED.

Dated: July 15, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1