**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Estate of LINDA MILLER, by and through Minor H.S., by and through his Guardian *ad Litem*, RICHARD HYDE, as Administrator; CHRISTINA HYDE; and Minor Plaintiff H.S., by and through his Guardian *ad Litem*, RICHARD HYDE,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SUTTER; COUNTY OF NEVADA, SHERIFF BRANDON BARNES, in his individual and official capacities; SHERIFF SHANNAN MOON, in her individual and official capacities; COMMANDER DAN BUTTLER, in his individual and official capacities; LIEUTENANT NORMAN BIDWELL, in his individual capacity; SERGEANT KRISTIE M. GARZA, in her individual capacity; BRENDA FRANKS, in her individual capacity; MARETTE COOPER, in her individual capacity; JEANETTE MULLENAX, in her individual capacity; WELLPATH; H.I.G. CAPITAL, LLC; CALIFORNIA FORENSIC MEDICAL GROUP (AKA Correctional Medical Group Companies, Inc. and AKA Wellpath); TAYLOR FIFTHIAN; and DOES 1-20,<br><br>Defendants. | Case No.: 2:20-cv-00577-KJM-DMC<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO THE SECOND AMENDED COMPLAINT; ORDER THEREON** |

WHEREAS, Plaintiffs filed their Second Amended Complaint in this action on November 20, 2020;

WHEREAS, the response of all Defendants to the Second Amended Complaint is due on December 4, 2020, pursuant to Rule 15;

WHEREAS, Defendants require additional time to review the Second Amended Complaint and to determine how best to respond;

WHEREAS, counsel for Plaintiffs have agreed to allow this additional time, but have proposed a hearing date of January 22, 2021, should any Defendant respond by way of motion;

THEREFORE, Plaintiffs and Defendants, by and through their counsel of record, hereby stipulate as follows:

1. Defendants' time to respond to the Second Amended Complaint shall be extended by two weeks, to December 18, 2020;

2. Should any Defendant choose to respond to the Second Amended Complaint by way of motion, the hearing on that motion shall be set for hearing on January 22, 2021.

**IT IS SO STIPULATED.**

DATE:  December 2, 2020           RIVERA HEWITT PAUL LLP

 /s/ Wendy Motooka
WENDY MOTOOKA
Attorneys for Defendants COUNTY OF NEVADA, SHERIFF SHANNAN MOON, and SERGEANT JEANNETTE MULLENAX

DATE:  December 2, 2020           HADSELL STORMER RENICK & DAI LLP

 /s/ Theresa Zhen (as authorized on 12/2/20)
THERESA ZHEN, SBN 300710
Estate of LINDA MILLER, by and through Minor H.S., by and through his Guardian *ad Litem*, RICHARD HYDE, as Administrator; CHRISTINA HYDE; and Minor Plaintiff H.S., by and through his Guardian *ad Litem*, RICHARD HYDE

| | | |
|---|---|---|
| 1 | DATE: December 2, 2020 | SIEGEL, YEE, BRUNNER & MEHTA |

                                              /s/ EmilyRose Johns (as authorized on 12/2/20)
EMILYROSE JOHNS, SBN 294319
Estate of LINDA MILLER, by and through Minor H.S., by and through his Guardian *ad Litem*, RICHARD HYDE, as Administrator; CHRISTINA HYDE; and Minor Plaintiff H.S., by and through his Guardian *ad Litem*, RICHARD HYDE

Dated: December 2, 2020                    BURKE, WILLIAMS & SORENSEN, LLP

                                              /s/ Temitayo O. Peters (as authorized on 12/2/20)
Gregory B. Thomas
Temitayo O. Peters, SBN 309913
Michael A. Slater
Attorneys for
SUTTER COUNTY DEFENDANTS

Dated: December 1, 2020                      AKERMAN LLP

                                              /s/ Ellen S. Robbins (as authorized on 12/1/20)
Ellen S. Robbins, SBN 298044
Evelina Gentry
Attorneys for
H.I.G. CAPITAL, LLC

Dated: December 2, 2020                      THE LAW OFFICES OF JEROME M. VARANINI

                                              /s/ Jerome M. Varanini (as authorized on12/2/20)
Jerome M. Varanini, SBN 58531
Attorneys for Defendants
BRENDA FRANKS, CALIFORNIA FORENSIC MEDICAL GROUP, and WELLPATH

Dated:  December 2, 2020						BERTLING LAW GROUP, INC.


							 /s/ Jemma Parker Saunders (as authorized on 12/2/20
							Peter G. Bertling
							Jemma Parker Saunders, SBN 227962
							Attorneys for Defendant
							TAYLOR FITHIAN, M.D.


**ORDER**

Pursuant to the parties stipulation for an extension of time for defendants to respond to the second amended compliant (ECF No. 70), the extension of time to December 18, 2020 is **approved**.  The court notes the parties also stipulated to a hearing date of January 22, 2021 in the event defendant chooses to respond to the second amended complaint by way of motion. The court declines to schedule this hearing date and will revisit scheduling needs at the time of defendant's filing.

This order resolves ECF No. 70.

IT IS SO ORDERED.

DATED:  December 4, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

4