1  Gregory B. Thomas (SBN 239870)
   E-mail: gthomas@bwslaw.com
2  Temitayo O. Peters (SBN 309913)
   E-mail: tpeters@bwslaw.com
3  Michael A. Slater (SBN 318899)
   E-mail: mslater@bwslaw.com
4  BURKE, WILLIAMS & SORENSEN, LLP
   1901 Harrison Street, Suite 900
5  Oakland, CA  94612-3501
   Tel:  510.273.8780   Fax:  510.839.9104
6
   Attorneys for Defendant
7  COUNTY OF SUTTER, SHERIFF BRANDON
   BARNES, COMMANDER DAN BUTTLER,
8  LIEUTENANT NORMAN BIDWELL,
   SERGEANT KRISTIE M. GARZA, and
9  MARETTE COOPER (collectively "SUTTER
   COUNTY DEFENDANTS")
10

11                 UNITED STATES DISTRICT COURT

12                EASTERN DISTRICT OF CALIFORNIA

13 | Estate of LINDA MILLER, by and through | Case No.  2:20-cv-00577-KJM-DMC
14 | CHRISTINA HYDE, as Administrator; | **ORDER**
   | CHRISTINA HYDE; and Minor Plaintiff H.S., by |
15 | and through his Guardian ad Litem, RICHARD | First Amended Complaint filed May 22,
   | HYDE, | 2020
16 | |
   |          Plaintiffs, |
17 | |
   | v. |
18 | |
   | COUNTY OF SUTTER; COUNTY OF |
19 | NEVADA, SHERIFF BRANDON BARNES, in |
   | his individual and official capacities; SHERIFF |
20 | SHANNON MOON, in her individual and official |
   | capacities; COMMANDER DAN BUTTLER, in |
21 | his individual and official capacities; |
   | LIEUTENANT NORMAN BIDWELL, in his |
22 | individual capacity; SERGEANT KRISTIE M. |
   | GARZA, in her individual capacity; BRENDA |
23 | FRANKS, in her individual capacity; MARETTE |
   | COOPER, in her individual capacity; JEANETTE |
24 | MULLENAX, in her individual capacity; |
   | WELLPATH; H.I.G. CAPITAL, LLC; |
25 | CALIFORNIA FORENSIC MEDICAL GROUP |
   | (AKA Correctional Medical Group Companies, |
26 | Inc. and AKA Wellpath); TAYLOR FIFTHIAN; |
   | and DOES 1-20, |
27 | |
   |          Defendants. |
28

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Oakland

OAK #4823-3138-1201 v2
55547112;1

                                    2:20-CV-00577
                        STIPULATED PROTECTIVE ORDER;
                                    PROPOSED ORDER

1    The Stipulated Protective Order for Confidential Documents filed with this Court on

2  December 11, 2020, ECF No. 72, is the order of this Court.

3  **IT IS SO ORDERED.**

4

5  Dated:  December 15, 2020

6  _____

7  DENNIS M. COTA
   UNITED STATES MAGISTRATE JUDGE

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

OAK #4823-3138-1201 v2
55547112;1

- 2 -

2:20-CV-00577
STIPULATED PROTECTIVE ORDER;
PROPOSED ORDER