# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of LINDA MILLER, by and through CHRISTINA HYDE, as Administrator; CHRISTINA HYDE; and Minor Plaintiff H.S., by and through his Guardian *ad Litem*, RICHARD HYDE.<br><br>　　　　　　　　　　　Plaintiffs,<br>v.<br><br>COUNTY OF SUTTER; COUNTY OF NEVADA, SHERIFF BRANDON BARNES, in his individual capacity; SHERIFF SHANNON MOON, in her individual capacity; COMMANDER DAN BUTTLER, in his individual capacity; LIEUTENANT NORMAN BIDWELL, in his individual capacity; SERGEANT KRISTIE M. GARZA, in her individual capacity; BRENDA FRANKS, in her individual capacity; MARETTE COOPER, in her individual capacity; JEANETTE MULLENAX, in her individual capacity; WELLPATH; H.I.G. CAPITAL, LLC; CALIFORNIA FORENSIC MEDICAL GROUP (AKA Correctional Medical Group Companies, Inc. and AKA WELLPATH); TAYLOR FIFTHIAN, in his official and individual capacities; KIP HALLMAN, in his official and individual capacities, and DOES 1-20,<br><br>　　　　　　　　　　　Defendants | Case No.: 2:20-cv-00577-KJM-DMC<br><br>**ORDER RE DEFENDANT TAYLOR FITHIAN, M.D.'S EX PARTE REQUEST FOR COUNSEL PETER G. BERTLING TO BE AVAILABLE BY TELEPHONE AT STATUS CONFERENCE OF MARCH 23, 2022**<br><br>**Date: March 23, 2022**<br>**Time: 10:00 a.m.**<br><br>Action Filed: March 16, 2020<br>Judge: Hon. Kimberly J. Mueller<br>Ctrm: 3 |

# ORDER

The Court, having reviewed the above Ex Parte request of defendant TAYLOR FITHIAN, M.D., ECF No. 95, hereby Orders as follows:

**GOOD CAUSE APPEARING THEREFORE**, and based upon the Ex Parte request and accompanying Declaration of Peter G. Bertling submitted in support of the Request for Telephonic Appearance at the Status Conference indicating a conflict with a trial commencing March 21, 2022, in the Central District of California,

**IT IS HEREBY ORDERED** that Peter G. Bertling, counsel for Defendant TAYLOR FITHIAN, M.D. is excused from making a personal appearance at the March 23, 2022, Status Conference at 10:00 a.m.  Mr. Bertling may appear at the Status Conference via telephonic means via CourtCall and defendant TAYLOR FITHIAN, M.D. will bear any costs incurred in making the remote/telephonic appearance.

Dated:  March 14, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE