Dan Stormer, Esq. [S.B. #101967]
Hanna Chandoo, Esq. [S.B. #306973]
HADSELL STORMER RENICK & DAI LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600 / Facsimile: (626) 577-7079
Emails: dstormer@hadsellstormer.com
         hchandoo@hadsellstormer.com

Dan Siegel, SBN 56400
EmilyRose Johns, SBN 294319
SIEGEL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, California 94612
Telephone: (510) 839-1200 / Facsimile: (510) 444-6698
Emails: danmsiegel@gmail.com
         emilyrose@siegelyee.com

Attorneys for Plaintiffs

(Additional counsel continued on next page)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of LINDA MILLER, by and through CHRISTINA HYDE, as Administrator; CHRISTINA HYDE; and Minor Plaintiff H.S., by and through his Guardian ad Litem, RICHARD HYDE,<br><br>          Plaintiffs,<br><br>   v.<br><br>COUNTY OF SUTTER; COUNTY OF NEVADA, SHERIFF BRANDON BARNES, in his individual capacity; SHERIFF SHANNON MOON, in her individual capacity; COMMANDER DAN BUTTLER, in his individual capacity; LIEUTENANT NORMAN BIDWELL, in his individual capacity; SERGEANT KRISTIE M. GARZA, in her individual capacity; BRENDA FRANKS, in her individual capacity; MARETTE COOPER, in her individual capacity; JEANETTE MULLENAX, in her individual capacity; WELLPATH; H.I.G. CAPITAL, LLC; CALIFORNIA FORENSIC MEDICAL GROUP (AKA Correctional Medical Group Companies, Inc. and AKA WELLPATH); TAYLOR FIFTHIAN, in his official and individual capacities; MICHAEL KURITZKY in his official and individual capacities; KIP HALLMAN, in his official and individual capacities, and DOES 1-20,<br><br>          Defendants. | Case No.: 20-cv-00577-KJM-DMC<br><br>[Assigned to the Honorable Kimberly J. Mueller – Courtroom 3]<br><br>**ORDER GRANTING JOINT *EX PARTE* REQUEST TO APPEAR VIA TELEPHONE AT INITIAL SCHEDULING CONFERENCE**<br><br>Date:    March 23, 2022<br>Dept.:   10:00 a.m.<br><br>Complaint filed:   March 16, 2020<br>Disc. Cut-Off:     None Set<br>Motion Cut-Off:   None Set<br>Trial Date:        None Set |

[PROP] ORDER RE JOINT REQ TO
APPEAR VIA TEL AT SCHED CONF

(Counsel continued from previous page)

Ellen S. Robbins (SBN 298044)
Evelina Gentry (SBN 296796)
AKERMAN LLP
601 W. Fifth Street, Suite 300
Los Angeles, CA 90071
Telephone: (213) 688-9500
Facsimile: (213) 627-6342
Email: ellen.robbins@akerman.com; evelina.gentry@akerman.com

Attorneys for Defendant
H.I.G. Capital, LLC

Gregory B. Thomas (SBN 239870)
Temitayo O. Peters (SBN 309913)
BURKE, WILLIAMS & SORENSEN, LLP
1901 Harrison Street, Suite 900
Oakland, CA  94612-3501
Tel:  510.273.8780     Fax:  510.839.9104
E-mail:  gthomas@bwslaw.com, tpeters@bwslaw.com

Attorneys for Defendants
County of Sutter, Sheriff Brandon Barnes, Commander Dan Butler, Lieutenant Norman Bidwell, Sergeant Kristie M. Garza, and Marette Cooper

Jerome M. Varanini, SBN 58531
Law Office of Jerome M. Varanini
641 Fulton Avenue, Suite 200
Sacramento, CA 95825
Tel: (916) 993-6071
Email: jvaranini@tsvlaw.com

Attorneys for Defendants
Brenda Franks, California Forensic Medical Group, and Wellpath

RIVERA HEWITT PAUL LLP
JONATHAN B. PAUL, SBN 215884
WENDY MOTOOKA, SBN 233589
11341 Gold Express Drive, Suite 160
Gold River, California 95670
Telephone: 916-922-1200 Fax: 916 922-1303
Email: JPaul@rhplawyers.com wmotooka@rhplawyers.com

Attorneys for Defendants COUNTY OF NEVADA, JEANNETTE MULLENAX

---

[PROP] ORDER RE JOINT REQ TO
APPEAR VIA TEL AT SCHED CONF

**ORDER**

The Court, having considered the Parties' Joint *Ex Parte* Request to Appear Via Telephone at Initial Scheduling Conference, and good cause appearing therefor based on the distance between the courthouse in Redding and counsels' various offices in Pasadena, Oakland, Los Angeles, and Sacramento,

IT IS HEREBY ORDERED THAT Plaintiffs Estate of Linda Miller, by and through Christina Hyde, as Administrator, Christina Hyde, and Minor Plaintiff H.S., by and through his Guardian Ad Litem, Richard Hyde, and Defendants County of Sutter, Sheriff Brandon Barnes, Commander Dan Butler, Lieutenant Norman Bidwell, Sergeant Kristie M. Garza, Marette Cooper, H.I.G. Capital, LLC, Brenda Franks, California Forensic Medical Group, Wellpath, County of Nevada, and Jeannette Mullenax have leave to appear via telephone at the Initial Scheduling Conference scheduled for March 23, 2022 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated:  March 18, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE