**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTINA HYDE, et al., | No. 2:20-CV-0577-KJM-DMC |
| Plaintiffs, | |
| v. | ORDER |
| COUNTY OF SUTTER, et al., | |
| Defendants. | |

Plaintiffs, who are proceeding with retained counsel, bring this civil action. The parties appeared before the undersigned in Redding, California, on March 23, 2022, at 10:00 a.m., for an initial scheduling conference. Upon consideration of the joint status report on file in this action, discussion with counsel, and good cause appearing therefor, the Court will, by this order, set a schedule pursuant to Federal Rule of Civil Procedure 16(b).

Accordingly, IT IS HEREBY ORDERED that:

1. Jurisdiction and venue are not contested.
2. No further joinder of parties or amendments to the pleadings is permitted without stipulation or leave of Court for good cause shown.

/ / /

/ / /

/ / /

1

3. The parties are advised that they may, upon consent of all parties, have the matter re-assigned for all purposes, including entry of final judgment, to the undersigned Magistrate Judge. Given the extraordinary back-log of civil cases in this district, coupled with the shortage of District Judges and pandemic-related delays in criminal cases, it is not anticipated that this matter could be set for trial before the assigned District Judge at any time within the next two years. A trial before the District Judge within the next three years is also unlikely. The parties will be able to obtain an earlier trial date by consenting to Magistrate Judge jurisdiction. Any jury trial by consent to the undersigned would be conducted in Sacramento, California. The parties are encouraged to meet and confer regarding the issue of consent and requested to notify the Court of the respective elections at their earliest opportunity.

4. The Court sets the following pre-trial schedule for this litigation:

<u>Initial Disclosures</u>: The parties represent that they have exchanged initial disclosures pursuant to Federal Rule of Civil Procedure 26(a). No deadline will be set in this regard. The parties are reminded of their continuing obligation to update their respective initial disclosures as additional information, which is properly subject to disclosure, becomes known to the parties in advance of trial.

<u>Non-Expert Discovery</u>: All non-expert discovery shall be completed and all motions pertaining to non-expert discovery shall be noticed to be heard by **August 11, 2023**.

<u>Expert Witness Designations</u>: The parties shall exchange initial lists of expert witnesses no later than **April 30, 2023**. The parties shall exchange lists of rebuttal expert witnesses no later than **May 15, 2023**. Such disclosures must be made pursuant to Federal Rule of Civil Procedure 26(a)(2)(A) and (B). The parties are reminded of their obligation to supplement these disclosures when required under Federal Rule of Civil Procedure 26(e).

<u>Expert Discovery</u>: All expert discovery shall be completed and all motions pertaining to expert discovery shall be noticed to be heard by **July 28, 2023**.

<u>Dispositive Motions</u>: All dispositive motions shall be noticed to be heard by **December 15, 2023**.

/ / /

1  ///

2  ///

3              5.      At any stage of the proceedings, the parties are encouraged to contact the
4  undersigned's chambers should they desire a settlement conference.  Unless the parties waive the
5  disqualification of the undersigned, any settlement conferenced requested will be set before a
6  different Magistrate Judge.

7              6.      The pre-trial conference and trial dates will be set by separate order.

8              IT IS SO ORDERED.

10  Dated:  March 30, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

3