1  Dan Stormer, Esq. [S.B. #101967]
   Hanna Chandoo, Esq. [S.B. #306973]
2  HADSELL STORMER RENICK & DAI LLP
   128 N. Fair Oaks Avenue
3  Pasadena, California 91103
   Telephone: (626) 585-9600 / Facsimile: (626) 577-7079
4  Emails: dstormer@hadsellstormer.com
          hchandoo@hadsellstormer.com
5
   Dan Siegel, SBN 56400
6  EmilyRose Johns, SBN 294319
   SIEGEL, YEE, BRUNNER & MEHTA
7  475 14th Street, Suite 500
   Oakland, California 94612
8  Telephone: (510) 839-1200 / Facsimile: (510) 444-6698
   Emails: danmsiegel@gmail.com
9          emilyrose@siegelyee.com

10 Attorneys for Plaintiffs

11 (Additional counsel continued on next page)

12                  **UNITED STATES DISTRICT COURT**
                    **EASTERN DISTRICT OF CALIFORNIA**

13 Estate of LINDA MILLER, by and through Minor    | Case No.: 20-cv-00577-KJM-DMC
   H.S., by and through his Guardian *ad Litem*,
14 RICHARD HYDE, as Administrator; CHRISTINA       | [Assigned to the Honorable Kimberly J. Mueller –
   HYDE; and Minor Plaintiff H.S., by and through  | Courtroom 3]
15 his Guardian *ad Litem*, RICHARD HYDE,

16                      Plaintiffs,                | **JOINT STIPULATION AND [PROPOSED]**
                                                   | **ORDER SEEKING LEAVE OF COURT TO**
17          v.                                     | **FILE THIRD AMENDED COMPLAINT**

18 COUNTY OF SUTTER; COUNTY OF NEVADA,             | Complaint filed:      March 16, 2020
   SHERIFF BRANDON BARNES, in his individual       | Disc. Cut-Off:        None Set
19 capacity; SHERIFF SHANNON MOON, in her          | Motion Cut-Off:       None Set
   individual capacity; COMMANDER DAN              | Trial Date:           None Set
20 BUTTLER, in his individual capacity;
   LIEUTENANT NORMAN BIDWELL, in his
21 individual capacity; SERGEANT KRISTIE M.
   GARZA, in her individual capacity; BRENDA
22 FRANKS, in her individual capacity; MARETTE
   COOPER, in her individual capacity; JEANETTE
23 MULLENAX, in her individual capacity;
   WELLPATH; H.I.G. CAPITAL, LLC;
24 CALIFORNIA FORENSIC MEDICAL GROUP
   (AKA Correctional Medical Group Companies,
25 Inc. and AKA WELLPATH); TAYLOR
   FIFTHIAN, in his official and individual
26 capacities; KIP HALLMAN, in his official and
   individual capacities, and DOES 1-20,
27
                      Defendants.
28

JOINT STIP FOR LEAVE TO FILE
THIRD AMENDED COMPLAINT

(Counsel continued from previous page)

Ellen S. Robbins (SBN 298044)
Evelina Gentry (SBN 296796)
AKERMAN LLP
601 W. Fifth Street, Suite 300
Los Angeles, CA 90071
Telephone: (213) 688-9500/ Facsimile: (213) 627-6342
Email: ellen.robbins@akerman.com; evelina.gentry@akerman.com

Attorneys for Defendant
H.I.G. Capital, LLC

Gregory B. Thomas (SBN 239870)
Temitayo O. Peters (SBN 309913)
BURKE, WILLIAMS & SORENSEN, LLP
1901 Harrison Street, Suite 900
Oakland, CA  94612-3501
Tel:  510.273.8780    Fax:  510.839.9104
E-mail:  gthomas@bwslaw.com, tpeters@bwslaw.com

Attorneys for Defendants
County of Sutter, Sheriff Brandon Barnes, Commander Dan Butler, Lieutenant Norman Bidwell, Sergeant Kristie M. Garza, and Marette Cooper

Jerome M. Varanini, SBN 58531
Law Office of Jerome M. Varanini
641 Fulton Avenue, Suite 200
Sacramento, CA 95825
Tel: (916) 993-6071
Email: jvaranini@tsvlaw.com

Attorneys for Defendants
Brenda Franks, California Forensic Medical Group, and Wellpath

RIVERA HEWITT PAUL LLP
JONATHAN B. PAUL, SBN 215884
WENDY MOTOOKA, SBN 233589
11341 Gold Express Drive, Suite 160
Gold River, California 95670
Telephone: 916-922-1200 Fax: 916 922-1303
Email: JPaul@rhplawyers.com wmotooka@rhplawyers.com

Attorneys for Defendants COUNTY OF NEVADA, JEANNETTE MULLENAX

Peter G. Bertling [S.B. #131602]
Jemma Parker Saunders [S.B. #227962]
Bertling Law Group, Inc.
21 East Canon Perdido Street, Suite 204B
Santa Barbara, CA 93101
Telephone: 805-879-7558 /Facsimile: 805-869-1597
peter@bertlinglawgroup.competer@bertlinglawgroup.com
jemma@bertlinglawgroup.com

Attorneys for Defendant
TAYLOR FITHIAN, M.D.

JOINT STIP FOR LEAVE TO FILE
THIRD AMENDED COMPLAINT

**TO THE COURT IN THE ABOVE-ENTITLED MATTER:**

Plaintiffs Estate of Linda Miller, by and through Christina Hyde, as Administrator, Christina Hyde, and Minor Plaintiff H.S., by and through his Guardian Ad Litem, Richard Hyde ("Plaintiffs"), and Defendants County of Sutter, Sheriff Brandon Barnes, Commander Dan Butler, Lieutenant Norman Bidwell, Sergeant Kristie M. Garza, Marette Cooper, H.I.G. Capital, LLC, Brenda Franks, California Forensic Medical Group, Wellpath, County of Nevada, Jeannette Mullenax, and Taylor Fithian ("Defendants") (collectively "the Parties"), by and through their counsel of record, hereby jointly file this stipulation seeking leave of the Court pursuant to Fed. R. Civ. Proc. 15(a)(2), for Plaintiffs to file a Third Amended Complaint, a copy of which is attached to this stipulation as Exhibit A.

The Third Amended Complaint differs from the Second Amended Complaint, ECF No. 68, in only two ways.  First, Plaintiff has adjusted the parties against whom each claim is brought to comport with the Court's order granting in part and denying in part Nevada County and Sheriff Moon's motion to dismiss, ECF No. 89.  Second, Plaintiff has substituted Doe Defendant No. 1 for Correctional Officer Ashley Moseley and added factual allegations regarding Officer Moseley and her interactions with the decedent Linda Miller.

The Parties stipulate that Defendants shall answer the Third Amended Complaint within thirty calendar days of the filing of the Third Amended Complaint.

Respectfully Submitted,

Dated: July 12, 2022                    HADSELL STORMER RENICK & DAI LLP

                                        By:   /s/ Hanna Chandoo
                                              Dan Stormer
                                              Hanna Chandoo
                                        Attorneys for Plaintiffs


Dated: July 12, 2022                    SIEGEL, YEE, BRUNNER & MEHTA

                                        By:   /s/ EmilyRose Johns
                                              EmilyRose Johns
                                        Attorneys for Plaintiffs

1   Dated: July 12, 2022                    AKERMAN LLP

2                                           By:  /s/ Ellen Robbins
3                                                Ellen Robbins
                                            Attorneys for Defendant H.I.G. Capital, LLC
4

5   Dated: July 12, 2022                    BURKE, WILLIAMS & SORENSEN, LLP

6
                                            By:   /s/ Temitayo O. Peters
7                                                Gregory B. Thomas
                                                 Temitayo O. Peters
8                                           Attorneys for Defendants County of Sutter, Sheriff Brandon
9                                           Barnes, Commander Dan Butler, Lieutenant Norman
                                            Bidwell, Sergeant Kristie M. Garza, and Marette Cooper
10

11
    Dated: June 17, 2022                    LAW OFFICE OF JEROME M. VARANINI
12

13
                                            By:   /s/ Jerome Varanini
14                                               Jerome Varanini
                                            Attorneys for Defendants Brenda Franks, California
15                                          Forensic Medical Group, and Wellpath

16
    Dated: July 12, 2022                    RIVERA HEWITT PAUL LLP
17

18                                          By:  /s/ Wendy Motooka
19                                               JONATHAN B. PAUL
                                                 WENDY MOTOOKA
20                                          Attorneys for Defendants COUNTY OF NEVADA,
                                            JEANNETTE MULLENAX
21

22  Dated: July 12, 2022                    BERTLING LAW GROUP

23
                                            By:   /s/ Jemma Parker Saunders
24                                               Jemma Parker Saunders
                                            Attorneys for Defendant
25                                          TAYLOR FITHIAN, M.D

26

27

28

JOINT STIP FOR LEAVE TO FILE
THIRD AMENDED COMPLAINT                     -2-

1

**<u>ATTESTATION</u>**

2

I, Hanna Chandoo, attest that all other signatures listed, and on whose behalf this filing is

3

submitted, concur in the filing's contents and have authorized the filing.

4

/s/  Hanna Chandoo

5

Hanna Chandoo

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIP FOR LEAVE TO FILE
THIRD AMENDED COMPLAINT

-3-

1

## **ORDER**

2

3        Having reviewed the parties' stipulated request, and good cause appearing, IT IS ORDERED

4 THAT:

5        1.        Plaintiffs' request for leave to file a Third Amended Complaint is granted.  Plaintiffs shall

6 file the Third Amended Complaint within five days of this Order.

7        2.        Defendants shall answer the Third Amended Complaint no later than thirty days after the

8 Third Amended Complaint is filed.

9

10 **IT IS SO ORDERED.**

11 DATED:  July 20, 2022.

12

13

14                                        CHIEF UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIP FOR LEAVE TO FILE
THIRD AMENDED COMPLAINT                    -4-