1  RIVERA HEWITT PAUL LLP
   JONATHAN B. PAUL, SBN 215884
2  WENDY MOTOOKA, SBN 233589
   11341 Gold Express Drive, Suite 160
3  Gold River, California 95670
   Telephone: 916-922-1200 Fax: 916 922-1303
4  Email:  JPaul@rhplawyers.com
           wmotooka@rhplawyers.com
5
   Attorneys for Defendants COUNTY OF NEVADA,
6  JEANNETTE MULLENAX

7

8                  **UNITED STATES DISTRICT COURT**

9                 **EASTERN DISTRICT OF CALIFORNIA**

10

11  Estate of LINDA MILLER, by and through          Case No.: 2:20-cv-00577-KJM-DMC
    Minor H.S., by and through his Guardian *ad*
12  *Litem* RICHARD HYDE, as Administrator;         **STIPULATION THAT THE THIRD**
    CHRISTINA HYDE; and Minor Plaintiff H.S.,       **AMENDED COMPLAINT ALLEGES**
13  by and through his Guardian *ad Litem*,          **NO CLAIMS AGAINST SHERIFF**
    RICHARD HYDE,                                    **SHANNAN MOON; ORDER**
14
                  Plaintiffs,
15
         vs.
16
    COUNTY OF SUTTER; COUNTY OF
17  NEVADA, SHERIFF BRANDON BARNES, in
    his individual and official capacities; SHERIFF
18  SHANNAN MOON, in her individual capacity;
    COMMANDER DAN BUTTLER, in his
19  individual capacity; LIEUTENANT NORMAN
    BIDWELL, in his individual capacity;
20  SERGEANT KRISTIE M. GARZA, in her
    individual capacity; BRENDA FRANKS, in her
21  individual capacity; MARETTE COOPER, in
    her individual capacity; JEANETTE
22  MULLENAX, in her individual capacity;
    WELLPATH; H.I.G. CAPITAL, LLC;
23  CALIFORNIA FORENSIC MEDICAL
    GROUP (AKA Correctional Medical Group
24  Companies, Inc. and AKA WELLPATH);
    TAYLOR FIFTHIAN, in his official and
25  individual capacities; ASHLEY MOSELY; and
    DOES 1-20,
26
                  Defendants.
27

28

RIVERA HEWITT PAUL LLP
11341 Gold Express Drive, Suite 160
Gold River, CA 95670
(916) 922-1200

STIPLUATION RE: CLAIMS AGAINST SHERIFF
MOON; ORDER THEREON                                  1
Case No. 2:20-cv-00577-KJM-DMC

WHEREAS the Second Amended Complaint in this action alleged constitutional and state law claims against Nevada County, Nevada County Sheriff Shannan Moon, and Nevada County Sheriff's Sergeant Jeannette Mullenax;

WHEREAS Sheriff Moon challenged the claims alleged against her by way of a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6);

WHEREAS Sheriff Moon's motion was granted, and the claims against her were dismissed, including the Fourth Claim for Relief (supervisory liability) (ECF No. 89);

WHEREAS Nevada County and Sgt. Mullenax ("Nevada County Defendants") then answered the Second Amended Complaint;

WHEREAS plaintiffs subsequently sought a stipulation of all parties to allow filing of a Third Amended Complaint to name Ashley Mosely, a Sutter County corrections officer, as a Doe defendant;

WHEREAS the Nevada County Defendants stipulated to allow the amendment;

WHEREAS the Court granted the stipulation of the parties and the Third Amended Complaint was filed;

WHEREAS in drafting their Answer to the Third Amended Complaint, counsel for the Nevada County Defendants noticed that while the Fourth Claim for Relief (supervisory liability) indicates that it is not being brought against Sheriff Moon (see ECF No. 104 at 49: 10), Sheriff Moon continues to be referenced in paragraphs 186, 188, and 193 of the claim;

WHEREAS Defendant Nevada County served Request for Admissions to Plaintiffs (Set Two) on October 31, 2022, to resolve any ambiguity as to Sheriff Moon's status as a party in this case;

WHEREAS the Plaintiffs and the Nevada County Defendants agree that the continued inclusion of Sheriff Moon's name in paragraphs 186, 188, and 193 of the Third Amended Compliant is a clerical oversight;

THEREFORE, the parties, by and through their counsel of record, hereby stipulate to clarify the meaning of the Third Amended Complaint as follows:

1.      The Third Amended Complaint alleges no claims against Sheriff Moon; and

RIVERA HEWITT PAUL LLP
11341 Gold Express Drive, Suite 160
Gold River, CA 95670
(916) 922-1200

STIPLUATION RE: CLAIMS AGAINST SHERIFF
MOON; ORDER THEREON
Case No. 2:20-cv-00577-KJM-DMC

2

1       2.     Therefore, Defendant Nevada County withdraws its Request for Admissions to

2  Plaintiffs (Set Two).

3       IT IS SO STIPULATED.

4

5  DATE:  November 14, 2022        RIVERA HEWITT PAUL LLP

6

7                     /s/ Wendy Motooka
                    JONATHAN B. PAUL

8                    WENDY MOTOOKA
                    Attorneys for Defendants COUNTY OF NEVADA,

9                    SERGEANT JEANNETTE MULLENAX

10

11

12  DATE:  November 14, 2022        HADSELL STORMER RENICK & DAI LLP
                    SIEGEL, YEE, BRUNNER & MEHTA

13

14                    By: /s/ Hanna Chandoo (as authorized on 11-14-22)
                        Dan Stormer (SBN 101967)

15                        Hanna Chandoo (SBN 306973)
                    Attorneys for Plaintiffs Estate of LINDA MILLER,

16                    et al.

17

18                            **ORDER**

19      Pursuant to the Stipulation of the parties, IT IS HEREBY ORDERED THAT:

20       1.     The Third Amended Complaint alleges no claims against Sheriff Moon; and

21       2.     Defendant Nevada County's Request for Admissions to Plaintiffs (Set Two) is

22  withdrawn.

23       **IT IS SO ORDERED.**

24  DATED:  November 22, 2022.

25

26                                  

27                    CHIEF UNITED STATES DISTRICT JUDGE

28

RIVERA HEWITT PAUL LLP
11341 Gold Express Drive, Suite 160
Gold River, CA 95670
(916) 922-1200

STIPLUATION RE: CLAIMS AGAINST SHERIFF
MOON; ORDER THEREON       3
Case No. 2:20-cv-00577-KJM-DMC