1  Gregory B. Thomas (SBN 239870)
   E-mail:  gthomas@bwslaw.com
2  Temitayo O. Peters (SBN 309913)
   E-mail:  tpeters@bwslaw.com
3  Jasper L. Hall (SBN 341113)
   E-mail:  jhall@bwslaw.com
4  BURKE, WILLIAMS & SORENSEN, LLP
   1999 Harrison Street, Suite 1650
5  Oakland, California 94612-3520
   Tel:  510.273.8780    Fax:  510.839.9104
6
   Attorneys for Defendants COUNTY OF
7  SUTTER, SHERIFF BRANDON BARNES,
   COMMANDER DAN BUTTLER,
8  LIEUTENANT NORMAN BIDWELL,
   SERGEANT KRISTIE M. GARZA, and
9  MARETTE COOPER (collectively "SUTTER
   COUNTY DEFENDANTS")
10
   [Additional counsel continued on next page]
11

12              UNITED STATES DISTRICT COURT

13        EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

14 | Estate of LINDA MILLER, by and through  | Case No.  2:20-cv-00577-DJC-DMC
     Minor H.S., by and through his Guardian ad
15 | Litem, RICHARD HYDE, as Administrator;   | **JOINT STIPULATION TO PERMIT**
     CHRISTINA HYDE; and Minor Plaintiff H.S.,  | **PLAINTIFFS TO TAKE ADDITIONAL**
16 | by and through his Guardian ad Litem,    | **DEPOSITIONS – DISCOVERY MATTER**
     RICHARD HYDE,
17                                              Judge:    Daniel J. Calabretta
             Plaintiffs,
18                                              Trial Date:        October 15, 2024
        v.
19
   COUNTY OF SUTTER; COUNTY OF
20 NEVADA, SHERIFF BRANDON BARNES,
   in his individual capacity; SHERIFF
21 SHANNON MOON, in her individual
   capacity; COMMANDER DAN BUTTLER,
22 in his individual capacity; LIEUTENANT
   NORMAN BIDWELL, in his individual
23 capacity; SERGEANT KRISTIE M. GARZA,
   in her individual capacity; BRENDA
24 FRANKS, in her individual capacity;
   MARETTE COOPER, in her individual
25 capacity; JEANETTE MULLENAX, in her
   individual capacity; WELLPATH; H.I.G.
26 CAPITAL, LLC; CALIFORNIA FORENSIC
   MEDICAL GROUP (AKA Correctional
27 Medical Group Companies, Inc. and AKA
   WELLPATH); TAYLOR FIFTHIAN, in his
28 official and individual capacities; KIP

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

4860-9676-1443v1

1   JT. STIPULATION TO PERMIT PLAINTIFFS TO
    TAKE ADDITIONAL DEPOSITIONS

1  HALLMAN, in his official and individual capacities; ASHLEY MOSELEY; and DOES 2-20,
2  
              Defendant.
3  

4  Dan Stormer, Esq. [S.B. #101967]
   Hanna Chandoo, Esq. [S.B. #306973]
5  HADSELL STORMER RENICK & DAI LLP
   128 N. Fair Oaks Avenue
6  Pasadena, California 91103
7  Telephone: (626) 585-9600 / Facsimile: (626) 577-7079
   Emails: dstormer@hadsellstormer.com
8          hchandoo@hadsellstormer.com

9  Dan Siegel, SBN 56400
   EmilyRose Johns, SBN 294319
10 SIEGEL, YEE, BRUNNER & MEHTA
11 475 14th Street, Suite 500
   Oakland, California 94612
12 Telephone: (510) 839-1200 / Facsimile: (510) 444-6698
   Emails: danmsiegel@gmail.com
13         emilyrose@siegelyee.com

14 Attorneys for Plaintiffs
15 
   Ellen S. Robbins, Esq.
16 Evelina Gentry, Esq.
   AKERMAN LLP
17 601 W. Fifth Street, Suite 300
18 Los Angeles, CA 90071
   Phone: 213.688.9500
19 Fax: 213.627.6342
   ellen.robbins@akerman.com
20 evelina.gentry@akerman.com

21 Attorneys for Defendant, H.I.G. Capital, LLC
22 
   Lindsey M. Romano, Esq.
23 GORDON REES SCULLY MANSUKHANI, LLP
   275 Battery Street, Suite 2000
24 San Francisco, CA 94111
   Phone: 415.875.4126
25 Fax: 415.986.8054
26 lromano@grsm.com

27 Attorneys for Defendants CALIFORNIA FORENSIC MEDICAL GROUP, INC. (aka Wellpath), KIP HALLMAN and BRENDA FRANKS, LMFT
28

Peter G. Bertling [S.B. #131602]
Jemma Parker Saunders [S.B. #227962]
Bertling Law Group, Inc.
21 East Canon Perdido Street, Suite 204B
Santa Barbara, CA 93101
Telephone: 805-879-7558 /Facsimile: 805-869-1597
peter@bertlinglawgroup.com; jemma@bertlinglawgroup.com

Attorneys for Defendant TAYLOR FITHIAN, M.D.

RIVERA HEWITT PAUL LLP
JONATHAN B. PAUL, SBN 215884
WENDY MOTOOKA, SBN 233589
11341 Gold Express Drive, Suite 160
Gold River, California 95670
Telephone: 916-922-1200 Fax: 916 922-1303
Email: JPaul@rhplawyers.com wmotooka@rhplawyers.com

Attorneys for Defendants COUNTY OF NEVADA, JEANNETTE MULLENAX

**MAYALL HURLEY, P.C.**
A Professional Corporation
2453 Grand Canal Boulevard
Stockton, California 95207-8253
Telephone: (209) 477-3833
MARK E. BERRY, ESQ.
CA State Bar No. 155091
SHANE M. HOOVER, ESQ.
CA State Bar No. 327133

Attorneys for Defendant, ASHLEY MOSELEY

TO THE HONORABLE COURT AND ALL PARTIES AND COUNSEL:

Pursuant to Civil Local Rule 143 and Federal Civil Rule of Procedure 30(a)(2), the parties of the above-entitled action, by and through counsel of record, hereby stipulate as follows:

1. WHEREAS, the operative Third Amended Complaint names sixteen (16) entity and individual Defendants;

2. WHEREAS, former Defendant Sheriff Shannon Moon has been dismissed, leaving fifteen (15) remaining entity and individual Defendants;

3. WHEREAS, Plaintiffs have already taken Defendant County of Sutter's deposition pursuant to Federal Rule of Civil Procedure 30(b)(6);

4. WHEREAS, Plaintiffs have expressed an intent to depose the fourteen (14) other remaining Defendants: (1) Dan Buttler; (2) Kristi Garza; (3) Brandon Barnes; (4) Norman Bidwell; (5) Ashley Moseley; (6) Marette Cooper; (7) Jeannette Mullenax; (8) Brenda Franks; (9) Kip Hallman; (11) Dr. Fifthian; (12) California Forensic Medical Group; (13) County of Nevada; and (14) H.I.G. Capital, LLC;

5. WHEREAS, Plaintiffs' intent to notice the remaining Defendants' depositions will result in a total of fifteen (15) Plaintiff-led depositions, which is five (5) more than the number of depositions permitted by Federal Rule of Civil Procedure 30;

6. WHEREAS, Defendant County of Sutter objects to Plaintiffs' intended deposition of Defendant Brandon Barnes, who is the current Sheriff of the County of Sutter, will be meeting and conferring with Plaintiffs' counsel in an effort to resolve this dispute, and intends to seek the Court's assistance with resolving this discovery dispute, including by moving for a protective order, if required;

7. NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, that Plaintiffs shall be permitted to take the depositions of the remaining fourteen (14) currently named Defendants, which will result in a total of fifteen (15) Plaintiff-led depositions, subject to the resolution of the current dispute involving Plaintiffs' intended deposition of Defendant Brandon Barnes.

[SIGNATURES ON NEXT PAGE]

| | | |
|---|---|---|
| 1 | Dated: May 19, 2023 | BURKE, WILLIAMS & SORENSEN, LLP |

By:     /s/ Temitayo O. Peters
    Gregory B. Thomas
    Temitayo O. Peters
    Jasper L. Hall
    Attorneys for Defendants
    COUNTY OF SUTTER, SHERIFF
    BRANDON BARNES, COMMANDER
    DAN BUTTLER, LIEUTENANT
    NORMAN BIDWELL, SERGEANT
    KRISTIE M. GARZA, and MARETTE
    COOPER

Dated: May 18, 2023      HADSELL STORMER RENICK & DAI LLP

By:     /s/ Hanna Chandoo (as authorized on 5/18/2023)
    Dan Stormer
    Hanna Chandoo
    Attorneys for Plaintiffs

Dated: May 19, 2023      SIEGEL, YEE, BRUNNER & MEHTA

By:     /s/ EmilyRose Johns (as authorized on 5/19/2023)
    EmilyRose Johns
    Attorneys for Plaintiffs

Dated: May 16, 2023      AKERMAN LLP

By:     /s/ Ellen S. Robbins (as authorized on 5/16/2023)
    Ellen S. Robbins
    Evelina Gentry
    Attorneys for Defendant
    H.I.G. CAPITAL, LLC

[SIGNATURES CONTINUE ON NEXT PAGE]

/ / /

/ / /

| | | |
|---|---|---|
| 1 | Dated: May 17, 2023 | GORDON REES SCULLY MANSUKHANI, LLP |
| 2 | | |
| 3 | | By: /s/ Lindsey M. Romano (as authorized on 5/17/2023) |
| 4 | | Lindsey M. Romano |
| 5 | | Attorneys for Defendants CALIFORNIA FORENSIC MEDICAL |
| 6 | | GROUP, INC. (aka Wellpath), KIP HALLMAN and BRENDA FRANKS, |
| 7 | | LMFT |
| 8 | Dated: May 16, 2023 | BERTLING LAW GROUP |
| 9 | | |
| 10 | | By: /s/ Jemma Parker Saunders (as authorized on 5/16/2023) |
| 11 | | Peter G. Bertling |
| 12 | | Jemma Parker Saunders Attorneys for Defendant |
| 13 | | TAYLOR FITHIAN, M.D |
| 14 | Dated: May 16, 2023 | RIVERA HEWITT PAUL LLP |
| 15 | | |
| 16 | | By: /s/ Wendy Motooka (as authorized on 5/16/2023) |
| 17 | | Jonathan B. Paul |
| 18 | | Wendy Motooka Attorneys for Defendants |
| 19 | | COUNTY OF NEVADA and JEANNETTE MULLENAX |
| 20 | Dated: May 16, 2023 | MAYALL HURLEY, P.C. |
| 21 | | |
| 22 | | By: /s/ Mark E. Berry (as authorized on 5/16/2023) |
| 23 | | Mark E. Berry |
| 24 | | Shane M. Hoover Attorneys for Defendant |
| 25 | | ASHLEY MOSELEY |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiffs shall be permitted to take the depositions of the remaining fourteen (14) currently named Defendants, which will result in a total of fifteen (15) Plaintiff-led depositions, subject to the resolution of the current dispute involving Plaintiffs' intended deposition of Defendant Brandon Barnes.

Dated:  June 5, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE