LINDSEY M. ROMANO (SBN: 337600)
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 875-4126
Facsimile: (415) 986-8054
lromano@grsm.com

Attorney for Defendants
BRENDA FRANKS, WELLPATH, CALIFORNIA FORENSIC MEDICAL GROUP, KIP HALLMAN

[ADDITIONAL COUNSEL CONTINUED ON NEXT PAGE]

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

Estate of LINDA MILLER, by and through CHRISTINA HYDE, as Administrator; CHRISTINA HYDE; and Minor Plaintiff H.S., by and through his Guardian *ad Litem,* RICHARD HYDE,

Plaintiffs,

vs.

COUNTY OF SUTTER; COUNTY OF NEVADA, SHERIFF BRANDON BARNES, in his individual capacity; SHERIFF SHANNON MOON, in her individual capacity; COMMANDER DAN BUTTLER, in his individual capacity; LIEUTENANT NORMAN BIDWELL, in his individual capacity; SERGEANT KRISTIE M. GARZA, in her individual capacity; BRENDA FRANKS, in her individual capacity; MARETTE COOPER, in her individual capacity; JEANETTE MULLENAX, in her individual capacity; WELLPATH; H.I.G. CAPITAL, LLC; CALIFORNIA FORENSIC MEDICAL GROUP (AKA Correctional Medical Group Companies, Inc. and AKA WELLPATH); TAYLOR FIFTHIAN, in his official and individual capacities; MICHAEL KURITZKY in his official and individual capacities; KIP HALLMAN, in his official and individual capacities, and DOES 1-20,

CASE NO. 2:20-cv-00577-DJC-DMC

**JOINT STIPULATION AND ORDER SEEKING LEAVE TO AMEND THE SCHEDULING ORDER**

Dept.:
Judge: Honorable Daniel J. Calabretta
Courtroom 10
Complaint Filed: March 16, 2020

Defendants. )
)
)

[Counsel continued from previous page]

Dan Stormer, Esq. [S.B. #101967]
Hanna Chandoo, Esq. [S.B. #306973]
**HADSELL STORMER RENICK & DAI LLP**
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600 / Facsimile: (626) 577-7079
Emails: dstormer@hadsellstormer.com
hchandoo@hadsellstormer.com
Attorneys for Plaintiffs

Dan Siegel, SBN 56400
EmilyRose Johns, SBN 294319
**SIEGEL, YEE, BRUNNER & MEHTA**
475 14th Street, Suite 500
Oakland, California 94612
Telephone: (510) 839-1200 / Facsimile: (510) 444-6698
Emails: danmsiegel@gmail.com
emilyrose@siegelyee.com
Attorneys for Plaintiffs

Gregory B. Thomas (SBN 239870)
Temitayo O. Peters (SBN 309913)
Jasper L. Hall (SBN 341113)
Heather E. Scott (SBN 328545)
**BURKE, WILLIAMS & SORENSEN, LLP**
1901 Harrison Street, Suite 900
Oakland, CA 94612-3501
Tel: 510.273.8780 Fax: 510.839.9104
E-mail: gthomas@bwslaw.com, tpeters@bwslaw.com, jhall@bwslaw.com, hscott@bwslaw.com
Attorneys for Defendants County of Sutter, Sheriff Brandon Barnes, Commander Dan Butler, Lieutenant Norman Bidwell, Sergeant Kristie M. Garza, and Marette Cooper

Peter G. Bertling [S.B. #131602]
Jemma Parker Saunders [S.B. #227962]
**BERTLING LAW GROUP, INC.**
21 East Canon Perdido Street, Suite 204B
Santa Barbara, CA 93101
Telephone: 805-879-7558 /Facsimile: 805-869-1597
peter@bertlinglawgroup.com; jemma@bertlinglawgroup.com
Attorneys for Defendant TAYLOR FITHIAN, M.D.

**RIVERA HEWITT PAUL LLP**
JONATHAN B. PAUL, SBN 215884
WENDY MOTOOKA, SBN 233589
11341 Gold Express Drive, Suite 160
Gold River, California 95670



Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

Telephone: 916-922-1200 Fax: 916 922-1303
Email: JPaul@rhplawyers.com wmotooka@rhplawyers.com
Attorneys for Defendants COUNTY OF NEVADA, JEANNETTE MULLENAX

[Counsel continued from previous page]

MARK E. BERRY, ESQ.
CA State Bar No. 155091
SHANE M. HOOVER, ESQ.
CA State Bar No. 327133
**MAYALL HURLEY, P.C.**
A Professional Corporation
2453 Grand Canal Boulevard
Stockton, California 95207-8253
Telephone: (209) 477-3833
Attorneys for Defendant,
ASHLEY MOSELEY

ELLEN S. ROBBINS (SBN 298044)
EVELINA GENTRY (SBN 296796)
AKERMAN LLP
601 W. Fifth Street, Suite 300
Los Angeles, CA 90071
Telephone: (213) 688-9500
Facsimile: (213) 627-6342
Email: ellen.robbins@akerman.com; evelina.gentry@akerman.com

Attorneys for Defendant
H.I.G. CAPITAL, LLC

**Gordon Rees Scully Mansukhani, LLP**
**275 Battery Street, Suite 2000**
**San Francisco, CA 94111**

Counsel for Plaintiffs Estate of Linda Miller, Christina Hyde, and minor H.S., by and through his Guardian *ad Litem,* Richard Hyde, (collectively, "Plaintiffs") and counsel for Defendants County of Sutter, Sheriff Brandon Barnes, Commander Dan Buttler, Lieutenant Norman Bidwell, Sergeant Kristi M. Garza, Brenda Franks, Marette Cooper, Ashley Moseley, California Forensic Medical Group (aka Wellpath) ("CFMG"), Taylor Fithian, County of Nevada, Jeannette Mullenax, and Kip Hallman, and HIG (collectively, the "Parties"), by and through their counsel of record, hereby jointly file this stipulation seeking leave to amend the scheduling order based on the following:

1. The fact discovery cutoff is currently set for August 11.

2. The Parties have agreed to allow the depositions of the following

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

named parties and witnesses after August 11 to alleviate the parties' current compacted deposition schedule:

a. Richard Hyde

b. CFMG 30(b)(6) deponents (August 29)

c. Brenda Franks (August 30)

3. In addition, the County of Sutter served minor plaintiff H.S. with an amended deposition notice on August 4, 2023. Although minor plaintiff H.S.'s deposition is presently noticed for August 23, 2023, Plaintiffs object to producing H.S. for deposition and the parties are currently meeting and conferring about Plaintiffs' objections to the notice. The Parties need additional time to complete their attempts to resolve their disagreement in advance of scheduling an informal discovery conference and the subsequent filing of any necessary motions.

4. On August 3, 2023, the County of Sutter attempted to take the deposition of non-party witness Eric Dryden. Mr. Dryden did not appear for his deposition. The County of Sutter is working to reestablish contact with Mr. Dryden and intends to re-notice his deposition. At the filing of this stipulation, Plaintiffs have objected to the re-noticing of the non-party witness' deposition, and the Parties have agreed to meet and confer with respect to this deposition.

5. In addition to the scheduling issues described above, on Wednesday, July 26, Plaintiffs' counsel, who is responsible for preparing Richard Hyde and, if necessary, minor plaintiff H.S., tested positive for COVID-19, requiring counsel to quarantine. Mr. Hyde and minor plaintiff H.S. do not have access to computers. As such, any preparation for their depositions must occur in person and after Plaintiffs' counsel's quarantine period has ended.

6. Lastly, CFMG and Sutter County served written discovery requests on Plaintiffs on July 11, 2023. Per the parties' electronic service agreement, ECF No. 115, these responses are due on August 14, the business day after the

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

fact discovery cutoff.

7. In light of Plaintiffs' counsel's COVID-19 status and requirement to quarantine, the parties' agreement to permit up to four depositions to proceed after August 11 to alleviate the parties' current compacted deposition schedule, the deadline to respond to CFMG and Sutter County's written discovery requests, and because the parties have agreed to explore an early resolution of this case in a mandatory settlement conference before filing dispositive motions, the Parties hereby propose a narrow continuance of all case management deadlines, except for trial-related deadlines (e.g., trial date, date set for pretrial conference, dates set for pretrial filings) for the limited purpose of:

a. Permitting Plaintiffs to take Defendant's 30(b)(6) deposition of CFMG, which has already been noticed and for which the parties have an agreed up on date;

b. Permitting Plaintiffs to take Defendant Brenda Franks's deposition, which has not yet been noticed but for which the parties have an agreed up on date;

c. Permitting Defendants to take Richard Hyde (minor plaintiff H.S.'s guardian *ad litem*)'s deposition;

d. Permitting the Parties to continue their meet and confer over Defendants' notice to take minor plaintiff H.S.'s deposition and to seek judicial intervention if necessary;

e. Permitting the Parties to meet and confer over Defendants' intent to re-notice the deposition of Eric Dryden and to seek judicial intervention if necessary;

f. Permitting Plaintiffs to respond to written discovery propounded by Defendants CFMG and Sutter County, including any meeting and conferring that is required in connection with Plaintiffs' responses;

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

g. Permitting the Parties to reschedule any of the depositions that have already been scheduled in this case, should unforeseeable circumstances arise (e.g., illness of counsel or the deponent; non-appearance of the witness); and

h. Permitting the parties to seek the Court's assistance with resolving any disputes arising out of subsections (a)-(f) subject to the applicable notice requirements.

8. The Parties do not intend for the extended fact discovery cutoff to encompass any issues not described in this stipulation. No party may request to meet and confer or file a motion with this Court regarding any issue not addressed in this stipulation.

In light of the above, the Parties propose that the Court amend the schedule, as follows:

| | **Current Deadline (ECF No. 100)** | **Proposed Deadline** |
|---|---|---|
| Fact discovery cutoff (as limited by paragraph 7(a)-(g), above) | August 11, 2023 | September 9, 2023 |
| Initial expert disclosures | October 13, 2023 | November 12, 2023 |
| Rebuttal expert disclosures | November 3, 2023 | December 4, 2023 |
| Expert discovery cutoff | January 1, 2024 | March 1, 2024 |
| Last day for mandatory settlement conference | March 15, 2024 | March 15, 2024 |
| Last day to hear dispositive motions | June 10, 2024 | July 10, 2024 |

**IT IS SO STIPULATED.**

Dated: August 14, 2023

Respectfully Submitted,

GORDON REES SCULLY MANSUKHANI, LLP

By: /s/ Lindsey M. Romano

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

Lindsey M. Romano
Attorney for Defendant Brenda Franks, Wellpath, California Forensic Medical Group, Kip Hallman

Dated: August 14, 2023

HADSELL STORMER RENICK & DAI LLP

By: /s/ Hanna Chandoo

Dan Stormer
Hanna Chandoo
Attorneys for Plaintiffs

Dated: August 14, 2023

SIEGEL, YEE, BRUNNER & MEHTA

By: /s/ EmilyRose Johns

Dan Siegel
EmilRose Johns
Attorneys for Plaintiffs

Dated: August 14, 2023

BURKE, WILLIAMS & SORENSEN, LLP

By: /s/ Temitayo O. Peters

Gregory B. Thomas
Temitayo O. Peters
Jasper L. Hall
Heather E. Scott
Attorneys for Defendants County of Sutter, Sheriff Brandon Barnes, Commander Dan Butler, Lieutenant Norman Bidwell, Sergeant Kristie M. Garza, and Marette Cooper

Dated: August 14, 2023

BERTLING LAW GROUP, INC

By: /s/ Peter G. Bertiling

Peter G. Bertling

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

Jemma Parker Saunders
Attorneys for Defendant
Taylor Fithian, M.D.

RIVERA HEWITT PAUL LLP

By: /s/ Wendy Motooka
Jonathan B. Paul
Wendy Motooka
Attorneys for Defendants
County of Nevada and Sgt.
Jeannette Mullenax

Dated: August 14, 2023

AKERMAN

By: /s/ Ellen Robbins
Ellen Robbins
Evelina Gentry
Attorneys for Defendant
HIG Capital

Dated: August 14, 2023

MAYALL HURLEY, P.C.

By: /s/ Mark Berry
Mark E. Berry
Shane M. Hoover
Attorneys for Defendant
Ashley Moseley

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

**ATTESTATION**

I, Lindsey M. Romano, attest that all other signatures listed, and on whose behalf this filing is submitted, concur in the filing's contents and have authorized the filing..

*/s/ Lindsey M. Romano*
Lindsey M. Romano

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

**ORDER**

Based on the Parties' stipulated request and good cause appearing, IT IS ORDERED THAT the scheduling order is amended as follows:

| | **DEADLINE** |
|---|---|
| Fact discovery cutoff | September 9, 2023 |
| Initial expert disclosures | November 13, 2023 |
| Rebuttal expert disclosures | December 4, 2023 |
| Expert discovery cutoff | March 1, 2024 |
| Last day for mandatory settlement conference | March 15, 2024 |
| Last day to hear dispositive motions | July 10, 2024 |

The parties are advised that any further requests seeking leave to amend the scheduling order will require a noticed motion.

**IT IS SO ORDERED.**

Dated: August 14, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE