Dan Stormer, Esq. [S.B. #101967]
Hanna Chandoo, Esq. [S.B. #306973]
HADSELL STORMER RENICK & DAI LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600 / Facsimile: (626) 577-7079
Emails: dstormer@hadsellstormer.com
        hchandoo@hadsellstormer.com

Dan Siegel, SBN 56400
EmilyRose Johns, SBN 294319
SIEGEL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, California 94612
Telephone: (510) 839-1200 / Facsimile: (510) 444-6698
Emails: danmsiegel@gmail.com
        emilyrose@siegelyee.com

Attorneys for Plaintiffs

[Additional counsel continued on next page]

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of LINDA MILLER, by and through Minor H.S., by and through his Guardian *ad Litem*, RICHARD HYDE, as Administrator; CHRISTINA HYDE; and Minor Plaintiff H.S., by and through his Guardian *ad Litem*, RICHARD HYDE, | Case No.: 20-cv-00577-DJC-DMC  [Assigned to the Honorable Daniel J. Calabretta – Courtroom 10] |
| Plaintiffs, | **JOINT STIPULATION AND ORDER FOR THE DEPOSITIONS OF CFMG, BRENDA FRANKS, RICHARD HYDE AND H.S.** |
| v. | |
| COUNTY OF SUTTER; COUNTY OF NEVADA, SHERIFF BRANDON BARNES, in his individual capacity; SHERIFF SHANNON MOON, in her individual capacity; COMMANDER DAN BUTTLER, in his individual capacity; LIEUTENANT NORMAN BIDWELL, in his individual capacity; SERGEANT KRISTIE M. GARZA, in her individual capacity; BRENDA FRANKS, in her individual capacity; MARETTE COOPER, in her individual capacity; JEANETTE MULLENAX, in her individual capacity; WELLPATH; H.I.G. CAPITAL, LLC; CALIFORNIA FORENSIC MEDICAL GROUP (AKA Correctional Medical Group Companies, Inc. and AKA WELLPATH); TAYLOR FIFTHIAN, in his official and individual capacities; KIP HALLMAN, in his official and individual capacities; ASHLEY MOSELEY; and DOES 2-20, | Complaint filed:  March 16, 2020  Trial Date:  October 15, 2024 |
| Defendants. | |

JOINT STIP FOR REMAINING DEPOSITIONS    -1-

[Counsel continued from previous page]

Gregory B. Thomas (SBN 239870)
Temitayo O. Peters (SBN 309913)
Jasper L. Hall (SBN 341113)
BURKE, WILLIAMS & SORENSEN, LLP
1901 Harrison Street, Suite 900
Oakland, CA  94612-3501
Tel:  510.273.8780     Fax:  510.839.9104
E-mail:  gthomas@bwslaw.com, tpeters@bwslaw.com, jhall@bwslaw.com

Attorneys for Defendants County of Sutter, Sheriff Brandon Barnes, Commander Dan Butler, Lieutenant Norman Bidwell, Sergeant Kristie M. Garza, and Marette Cooper

Lindsey M. Romano (SBN: 337600)
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:  (415) 875-4126
Facsimile:  (415) 986-8054
lromano@grsm.com

Attorneys for Defendants BRENDA FRANKS, WELLPATH, CALIFORNIA FORENSIC MEDICAL GROUP, KIP HALLMAN

Peter G. Bertling [S.B. #131602]
Jemma Parker Saunders [S.B. #227962]
Bertling Law Group, Inc.
21 East Canon Perdido Street, Suite 204B
Santa Barbara, CA 93101
Telephone: 805-879-7558 /Facsimile: 805-869-1597
peter@bertlinglawgroup.com; jemma@bertlinglawgroup.com

Attorneys for Defendant TAYLOR FITHIAN, M.D.

RIVERA HEWITT PAUL LLP
JONATHAN B. PAUL, SBN 215884
WENDY MOTOOKA, SBN 233589
11341 Gold Express Drive, Suite 160
Gold River, California 95670
Telephone: 916-922-1200 Fax: 916 922-1303
Email: JPaul@rhplawyers.com wmotooka@rhplawyers.com

Attorneys for Defendants COUNTY OF NEVADA, JEANNETTE MULLENAX

[counsel cont. on next page]

JOINT STIP FOR REMAINING DEPOSITIONS -1

[Counsel cont. from previous page]

**MAYALL HURLEY, P.C.**
A Professional Corporation
2453 Grand Canal Boulevard
Stockton, California 95207-8253
Telephone: (209) 477-3833
MARK E. BERRY, ESQ.
CA State Bar No. 155091
SHANE M. HOOVER, ESQ.
CA State Bar No. 327133

Attorneys for Defendant,
ASHLEY MOSELEY


ELLEN S. ROBBINS (SBN 298044)
ellen.robbins@akerman.com
EVELINA GENTRY (SBN 296796)
Evelina.gentry@akerman.com
**AKERMAN LLP**
601 W. Fifth Street, Suite 300
Los Angeles, CA 90071
Telephone: (213) 688-9500
Facsimile: (213) 627-6342
Attorneys for Defendant
H.I.G. CAPITAL, LLC

JOINT STIP FOR REMAINING DEPOSITIONS

-2-

Counsel for Plaintiffs Estate of Linda Miller, Christina Hyde, and minor H.S. and counsel for Defendants County of Sutter, Sheriff Brandon Barnes, Commander Dan Buttler, Lieutenant Norman Bidwell, Sergeant Kristi M. Garza, Brenda Franks, Marette Cooper, Ashley Moseley, H.I.G. Capital, LLC, California Forensic Medical Group (aka Wellpath), Taylor Fithian, County of Nevada, Jeannette Mullenax, and Kip Hallman (collectively, the "Parties") by and through their counsel of record, hereby jointly file this stipulation to extend the fact discovery deadline to accommodate the remaining depositions to be taken in this case:

Whereas, if Plaintiffs call H.S. to testify at trial, H.S.'s testimony will be limited to his memories of his mother, what he misses about his mother, and the emotional impact of his mother's absence on his life. The deposition of Plaintiff H.S. will be strictly limited to these same topics.

Whereas the depositions of CFMG and Brenda Franks were scheduled to take place on August 29, 2023, and August 30, 2023, respectively. In the evening on August 28, 2023, counsel for Taylor Fithian had a medical emergency and could not attend the depositions. The parties agreed to cancel and reschedule the depositions. The parties have rescheduled the depositions for the earliest possible dates that were available for all counsel and deponents.

Now therefore, pursuant to the above, the parties hereby agree that CFMG's deposition will occur on September 26, Brenda Franks' deposition will occur on September 27, the deposition of H.S. will occur on October 4, 2023, and the deposition of Richard Hyde will occur on October 5, 2023.

The parties respectfully request a limited extension of the fact discovery deadline to October 9, 2023, to accomplish the aforementioned scheduled depositions.

**IT IS SO STIPULATED.**

Dated: September 13, 2023

Respectfully Submitted,

HADSELL STORMER RENICK & DAI LLP

By: ___/s/ Hanna Chandoo_____
      Dan Stormer
      Hanna Chandoo
Attorneys for Plaintiffs

JOINT STIP FOR REMAINING DEPOSITIONS     -1

| | | |
|---|---|---|
| 1 | Dated: September 13, 2023 | SIEGEL, YEE, BRUNNER & MEHTA |
| 2 | | By:   /s/ EmilyRose Johns |
| 3 | | EmilyRose Johns |
| | | Attorneys for Plaintiffs |
| 4 | | |
| 5 | Dated: September 13, 2023 | BURKE, WILLIAMS & SORENSEN, LLP |
| 6 | | |
| 7 | | By:   /s/ Gregory B. Thomas |
| | | Gregory B. Thomas |
| 8 | | Temitayo O. Peters |
| | | Attorneys for Defendants County of Sutter, Sheriff Brandon |
| 9 | | Barnes, Commander Dan Butler, Lieutenant Norman |
| | | Bidwell, Sergeant Kristie M. Garza, and Marette Cooper |
| 10 | | |
| 11 | Dated: September 13, 2023 | GORDON REES SCULLY MANSUKHANI, LLP |
| 12 | | By:   /s/ Allison J. Becker |
| 13 | | Allison J. Becker |
| | | Attorneys for Defendant |
| 14 | | BRENDA FRANKS, WELLPATH, CALIFORNIA |
| | | FORENSIC MEDICAL GROUP, KIP HALLMAN |
| 15 | | |
| 16 | Dated: September 13, 2023 | BERTLING LAW GROUP |
| 17 | | |
| 18 | | By:   /s/ Jemma Parker Saunders |
| | | Peter G. Bertling |
| 19 | | Jemma Parker Saunders |
| | | Attorneys for Defendant |
| 20 | | TAYLOR FITHIAN, M.D |
| 21 | Dated: September 13, 2023 | RIVERA HEWITT PAUL LLP |
| 22 | | |
| 23 | | By:   /s/ Jonathan B. Paul |
| | | Jonathan B. Paul |
| 24 | | Wendy Motooka |
| | | Attorneys for Defendants |
| 25 | | COUNTY OF NEVADA, JEANNETTE MULLENAX |
| 26 | | |
| 27 | | |
| 28 | | |

JOINT STIP FOR REMAINING DEPOSITIONS                -2-

| | | |
|---|---|---|
| 1 | Dated: September 13, 2023 | MAYALL HURLEY, P.C. |
| 2 | | |
| 3 | | By: /s/ Mark E. Berry |
| | | Mark E. Berry |
| 4 | | Shane M. Hoover |
| | | Attorneys for Defendant |
| 5 | | ASHLEY MOSELEY |
| 6 | | |
| 7 | Dated: September 13, 2023 | AKERMAN LLP |
| 8 | | |
| | | By: /s/ Ellen S. Robbins |
| 9 | | Ellen S. Robbins |
| | | Evelina Gentry |
| 10 | | Attorneys for Defendant |
| | | H.I.G. CAPITAL, LLC |

## **ATTESTATION**

I, Hanna Chandoo, attest that all other signatures listed, and on whose behalf this filing is submitted, concur in the filing's contents and have authorized the filing.

                                                                    */s/ Hanna Chandoo*
                                                                        Hanna Chandoo

**ORDER**

Based on the Parties' stipulated request and good cause appearing, the Court grants the Parties' request for a limited extension of the fact discovery deadline to October 9, 2023, in order to allow them to complete the depositions of CFMG, Brenda Franks, minor plaintiff H.S., and Richard Hyde.

**IT IS SO ORDERED.**

Dated: September 13, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

JOINT STIP FOR REMAINING DEPOSITIONS          -4-