Dan Stormer, Esq. [S.B. #101967]
Hanna Chandoo, Esq. [S.B. #306973]
HADSELL STORMER RENICK & DAI LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600 / Facsimile: (626) 577-7079
Emails: dstormer@hadsellstormer.com
        hchandoo@hadsellstormer.com

Dan Siegel, SBN 56400
EmilyRose Johns, SBN 294319
SIEGEL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, California 94612
Telephone: (510) 839-1200 / Facsimile: (510) 444-6698
Emails: danmsiegel@gmail.com
        emilyrose@siegelyee.com

Attorneys for Plaintiffs

[Additional counsel continued on next page]

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Estate of LINDA MILLER, by and through Minor H.S., by and through his Guardian *ad Litem*, RICHARD HYDE, as Administrator; CHRISTINA HYDE; and Minor Plaintiff H.S., by and through his Guardian *ad Litem*, RICHARD HYDE, | Case No.: 20-cv-00577-DJC-DMC<br><br>[Assigned to the Honorable Daniel J. Calabretta – Courtroom 10] |
| Plaintiffs, | **JOINT STIPULATION AND ORDER TO DISMISS DEFENDANT TAYLOR FITHIAN** |
| v. | Complaint filed: March 16, 2020<br>Trial Date: October 15, 2024 |
| COUNTY OF SUTTER; COUNTY OF NEVADA, SHERIFF BRANDON BARNES, in his individual capacity; SHERIFF SHANNON MOON, in her individual capacity; COMMANDER DAN BUTTLER, in his individual capacity; LIEUTENANT NORMAN BIDWELL, in his individual capacity; SERGEANT KRISTIE M. GARZA, in her individual capacity; BRENDA FRANKS, in her individual capacity; MARETTE COOPER, in her individual capacity; JEANETTE MULLENAX, in her individual capacity; WELLPATH; H.I.G. CAPITAL, LLC; CALIFORNIA FORENSIC MEDICAL GROUP (AKA Correctional Medical Group Companies, Inc. and AKA WELLPATH); TAYLOR FIFTHIAN, in his official and individual capacities; KIP HALLMAN, in his official and individual capacities; ASHLEY MOSELEY; and DOES 2-20, | |
| Defendants. | |

JOINT STIP TO DISMISS
DEFT TAYLOR FIFTHIAN               -1-

1  [Counsel continued from previous page]

2  Peter G. Bertling [S.B. #131602]
   Jemma Parker Saunders [S.B. #227962]
3  Bertling Law Group, Inc.
   21 East Canon Perdido Street, Suite 204B
4  Santa Barbara, CA 93101
   Telephone: 805-879-7558 /Facsimile: 805-869-1597
5  peter@bertlinglawgroup.com; jemma@bertlinglawgroup.com

6  Attorneys for Defendant TAYLOR FITHIAN, M.D.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIP TO DISMISS
DEFT TAYLOR FIFTHIAN                -1-

Plaintiffs Estate of Linda Miller, Christina Hyde, and minor H.S. (collectively, "Plaintiffs") and Defendant Taylor Fithian (collectively, the "Parties") stipulate to the following:

The Parties stipulate that Defendant Taylor Fithian is dismissed from the case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  The Parties will bear their own costs and fees.

**IT IS SO STIPULATED.**

Respectfully Submitted,

Dated: September 25, 2023          HADSELL STORMER RENICK & DAI LLP

By:   */s/ Hanna Chandoo*
       Dan Stormer
       Hanna Chandoo
Attorneys for Plaintiffs

Dated: September 25, 2023          SIEGEL, YEE, BRUNNER & MEHTA

By:   */s/ EmilyRose Johns*
       EmilyRose Johns
Attorneys for Plaintiffs

Dated: September 25, 2023          BERTLING LAW GROUP

By:   */s/ Jemma Parker Saunders*
       Peter G. Bertling
       Jemma Parker Saunders
Attorneys for Defendant
TAYLOR FITHIAN, M.D

**ATTESTATION**

I, Hanna Chandoo, attest that all other signatures listed, and on whose behalf this filing is submitted, concur in the filing's contents and have authorized the filing.

           */s/  Hanna Chandoo*
            Hanna Chandoo

JOINT STIP TO DISMISS
DEFT TAYLOR FIFTHIAN                   -1-

**ORDER**

Based on the Parties' stipulated request and good cause appearing, the Court grants the Parties' stipulation as follows:

    a.    Defendant Taylor Fithian is dismissed from the case.

    b.    The Parties will bear their own costs and fees.

**IT IS SO ORDERED.**

Dated: September 26, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE