Dan Stormer, Esq. [S.B. #101967]
Hanna Chandoo, Esq. [S.B. #306973]
HADSELL STORMER RENICK & DAI LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600 / Facsimile: (626) 577-7079
Emails: dstormer@hadsellstormer.com
         hchandoo@hadsellstormer.com

Dan Siegel, SBN 56400
EmilyRose Johns, SBN 294319
SIEGEL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, California 94612
Telephone: (510) 839-1200 / Facsimile: (510) 444-6698
Emails: danmsiegel@gmail.com
         emilyrose@siegelyee.com

Attorneys for Plaintiffs

[Additional counsel continued on next page]

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Estate of LINDA MILLER, by and through Minor H.S., by and through his Guardian *ad Litem*, RICHARD HYDE, as Administrator; CHRISTINA HYDE; and Minor Plaintiff H.S., by and through his Guardian *ad Litem*, RICHARD HYDE,<br><br>        Plaintiffs,<br><br>    v.<br><br>COUNTY OF SUTTER; COUNTY OF NEVADA, SHERIFF BRANDON BARNES, in his individual capacity; SHERIFF SHANNON MOON, in her individual capacity; COMMANDER DAN BUTTLER, in his individual capacity; LIEUTENANT NORMAN BIDWELL, in his individual capacity; SERGEANT KRISTIE M. GARZA, in her individual capacity; BRENDA FRANKS, in her individual capacity; MARETTE COOPER, in her individual capacity; JEANETTE MULLENAX, in her individual capacity; WELLPATH; H.I.G. CAPITAL, LLC; CALIFORNIA FORENSIC MEDICAL GROUP (AKA Correctional Medical Group Companies, Inc. and AKA WELLPATH); TAYLOR FIFTHIAN, in his official and individual capacities; KIP HALLMAN, in his official and individual capacities; ASHLEY MOSELEY; and DOES 2-20,<br><br>        Defendants. | Case No.: 20-cv-00577-DJC-DMC<br><br>[Assigned to the Honorable Daniel J. Calabretta – Courtroom 10]<br><br>**JOINT STIPULATION AND ORDER TO DISMISS DEFENDANT H.I.G. CAPITAL, LLC**<br><br>Complaint filed:  March 16, 2020<br>Trial Date:         October 15, 2024 |

JOINT STIP TO DISMISS
DEFT H.I.G. CAPITAL, LLC            -1-

[Counsel continued from previous page]

ELLEN S. ROBBINS (SBN 298044)
ellen.robbins@akerman.com
EVELINA GENTRY (SBN 296796)
Evelina.gentry@akerman.com
**AKERMAN LLP**
601 W. Fifth Street, Suite 300
Los Angeles, CA 90071
Telephone: (213) 688-9500
Facsimile: (213) 627-6342

Attorneys for Defendant
H.I.G. CAPITAL, LLC

Plaintiffs Estate of Linda Miller, Christina Hyde, and minor H.S. and Defendant H.I.G. Capital, LLC (collectively, the "Parties") stipulate to the following:

Defendant H.I.G. Capital, LLC is dismissed with prejudice from this case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  The Parties will bear their own costs and fees.

**IT IS SO STIPULATED.**

Respectfully Submitted,

Dated: October 3, 2023         HADSELL STORMER RENICK & DAI LLP

By:  */s/ Hanna Chandoo*
    Dan Stormer
    Hanna Chandoo
Attorneys for Plaintiffs

Dated: October 3, 2023         SIEGEL, YEE, BRUNNER & MEHTA

By:  */s/ EmilyRose Johns*
    EmilyRose Johns
Attorneys for Plaintiffs

Dated: October 3, 2023         AKERMAN LLP

By:  */s/ Ellen S. Robbins*
    Ellen S. Robbins
    Evelina Gentry
Attorneys for Defendant
H.I.G. CAPITAL, LLC

**ATTESTATION**

I, Hanna Chandoo, attest that all other signatures listed, and on whose behalf this filing is submitted, concur in the filing's contents and have authorized the filing.

    */s/ Hanna Chandoo*
    Hanna Chandoo

JOINT STIP TO DISMISS
DEFT H.I.G. CAPITAL, LLC                  -1

## **ORDER**

Based on the Parties' stipulated request and good cause appearing, the Court grants the Parties' stipulation as follows:

    a.    Defendant H.I.G. Capital, LLC is dismissed with prejudice from the case.

    b.    The Parties will bear their own costs and fees.

**IT IS SO ORDERED.**

Dated: October 3, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE