Dan Stormer, Esq. [S.B. #101967]
Hanna Chandoo, Esq. [S.B. #306973]
HADSELL STORMER RENICK & DAI LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600 / Facsimile: (626) 577-7079
Emails: dstormer@hadsellstormer.com
        hchandoo@hadsellstormer.com

Dan Siegel, SBN 56400
EmilyRose Johns, SBN 294319
SIEGEL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, California 94612
Telephone: (510) 839-1200 / Facsimile: (510) 444-6698
Emails: danmsiegel@gmail.com
        emilyrose@siegelyee.com

Attorneys for Plaintiffs

[Additional counsel continued on next page]

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Estate of LINDA MILLER, by and through Minor H.S., by and through his Guardian *ad Litem*, RICHARD HYDE, as Administrator; CHRISTINA HYDE; and Minor Plaintiff H.S., by and through his Guardian *ad Litem*, RICHARD HYDE, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SUTTER; COUNTY OF NEVADA, SHERIFF BRANDON BARNES, in his individual capacity; SHERIFF SHANNON MOON, in her individual capacity; COMMANDER DAN BUTTLER, in his individual capacity; LIEUTENANT NORMAN BIDWELL, in his individual capacity; SERGEANT KRISTIE M. GARZA, in her individual capacity; BRENDA FRANKS, in her individual capacity; MARETTE COOPER, in her individual capacity; JEANETTE MULLENAX, in her individual capacity; WELLPATH; H.I.G. CAPITAL, LLC; CALIFORNIA FORENSIC MEDICAL GROUP (AKA Correctional Medical Group Companies, Inc. and AKA WELLPATH); TAYLOR FIFTHIAN, in his official and individual capacities; KIP HALLMAN, in his official and individual capacities; ASHLEY MOSELEY; and DOES 2-20, <br><br> Defendants. | Case No.: 20-cv-00577-DJC-DMC <br><br> [Assigned to the Honorable Daniel J. Calabretta – Courtroom 10] <br><br> **JOINT STIPULATION AND ORDER TO ADVANCE HEARING DATE FOR JOINT DEFENSE MOTIONS FILED AT DKT. NOS. 160 AND 161** <br><br> Complaint filed:  March 16, 2020 <br> Trial Date:      October 15, 2024 |

[Counsel continued from previous page]

Gregory B. Thomas (SBN 239870)
Temitayo O. Peters (SBN 309913)
Jasper L. Hall (SBN 341113)
BURKE, WILLIAMS & SORENSEN, LLP
1901 Harrison Street, Suite 900
Oakland, CA  94612-3501
Tel:  510.273.8780     Fax:  510.839.9104
E-mail:  gthomas@bwslaw.com, tpeters@bwslaw.com, jhall@bwslaw.com

Attorneys for Defendants County of Sutter, Sheriff Brandon Barnes, Commander Dan Butler, Lieutenant Norman Bidwell, and Sergeant Kristie M. Garza

Lindsey M. Romano (SBN: 337600)
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:  (415) 875-4126
Facsimile:  (415) 986-8054
lromano@grsm.com

Attorneys for Defendants BRENDA FRANKS, WELLPATH, CALIFORNIA FORENSIC MEDICAL GROUP, KIP HALLMAN


RIVERA HEWITT PAUL LLP
JONATHAN B. PAUL, SBN 215884
WENDY MOTOOKA, SBN 233589
11341 Gold Express Drive, Suite 160
Gold River, California 95670
Telephone: 916-922-1200 Fax: 916 922-1303
Email: JPaul@rhplawyers.com wmotooka@rhplawyers.com

Attorneys for Defendants COUNTY OF NEVADA, JEANNETTE MULLENAX


[Counsel cont. from previous page]

**MAYALL HURLEY, P.C.**
A Professional Corporation
2453 Grand Canal Boulevard
Stockton, California 95207-8253
Telephone: (209) 477-3833
MARK E. BERRY, ESQ.
CA State Bar No. 155091

Attorneys for Defendant,
ASHLEY MOSELEY

---

JOINT STIP TO ADVANCE HEARING DATE FOR JOINT DEFENSE MOTIONS          -1

     Counsel for Plaintiffs Estate of Linda Miller, Christina Hyde, and minor H.S. and counsel for Defendants County of Sutter, Sheriff Brandon Barnes, Commander Dan Buttler, Lieutenant Norman Bidwell, Sergeant Kristi M. Garza, Brenda Franks, Ashley Moseley, California Forensic Medical Group (aka Wellpath), County of Nevada, Jeannette Mullenax, and Kip Hallman (collectively, the "Parties") by and through their counsel of record, stipulate to the following:

     1.    On November 2, 2023, Defendants filed a Joint Motion to Reopen Non-expert Discovery for Limited Purpose and Continue Expert Discovery Deadlines, ECF No. 160, and a Joint Motion to Compel the Mental Examination of minor Plaintiff H.S., ECF No. 161 (collectively, "Defendants' Joint Motions").

     2.    Defendants obtained from the Court the first available hearing date for Defendants' Joint Motions, which was January 4, 2024. Fact discovery ended on October 9, 2023. Presently, the expert disclosure deadline is November 13, 2023, and the rebuttal expert disclosure deadline is December 4, 2023. ECF No. 145.

     3.    On November 3, 2023, Defendants informed Plaintiffs of their intent to file an ex parte motion to have Defendants' Joint Motions heard sooner than January 4, 2024, requested Plaintiffs' position as required by Local Rule 144 and the Court's Standing Order in Civil Cases, and asked Plaintiffs for their availability to meet and confer.

     4.    On November 6, 2023, Plaintiffs provided Defendants with their availability to meet and confer.

     5.    On November 7, 2023, Defendants confirmed their meet and confer availability, provided Plaintiffs with a copy of their draft ex parte motion to have Defendants' Joint Motions heard sooner, and again requested Plaintiffs' position on same.

     6.    Upon reviewing Defendants' draft ex parte motion, Plaintiffs proposed that the Parties enter into a stipulation to advance the hearing date on Defendants' Joint Motions, rather than use the Court's emergency procedures. The Parties propose the following schedule for the Court's consideration:

         a.    Plaintiffs' deadline to oppose Defendants' Joint Motion to Reopen Non-Expert Discovery for Limited Purpose and Continue Expert Discovery Deadlines, ECF No. 160, is November 16, 2023. Defendants' deadline to file their corresponding reply brief is November 22,

2023.

  b.  The Parties' deadline to file the Joint Statement re Discovery Disagreement in support of Defendants' Joint Notice of Motion and Motion to Compel Mental Examination is November 22, 2023.

  c.  The hearing date on Defendants' Joint Motions is November 30, 2023.

7.  The Parties' expert disclosure deadline is November 13, 2023, and their rebuttal expert disclosure deadline is December 4, 2023. Defendants believe it makes sense to continue both deadlines until after the hearing on Defendants' Joint Motions and note:

  a.  The Court previously granted the parties' three prior stipulations to continue certain deadlines set by the Court's Scheduling Orders. *See* Dkt. No. 122, 123, 144, 145, 148, 149.

  b.  The Court also previously denied Defendants' defense only stipulation to briefly continue the non-expert discovery cutoff. Dkt. Nos. 156, 159.

  c.  A brief continuation of the expert disclosure and rebuttal expert disclosure deadlines to accommodate an earlier hearing on Defendants' Joint Motions will have no impact on the remaining deadlines set by the Court's Scheduling Orders, with the next occurring one being the expert discovery cutoff, which is set for March 1, 2024. Dkt. No. 145.

8.  Plaintiffs disagree and do not believe this stipulation is the proper vehicle through which to raise a disputed issue. Defendants have already filed a motion seeking to continue the expert disclosure deadlines. *See* ECF No. 160. Plaintiffs will file their opposition to that motion on November 16, 2023. Plaintiffs ask the Court to rule on the propriety of a continuance after Defendants' motion is fully briefed and taken under submission. If the Joint Defense Motions are denied, continuing the expert disclosure deadlines will unnecessarily delay this case. If the Joint Defense Motions are granted, Plaintiffs are confident the Court will be able to fashion an appropriate remedy and schedule for the Parties. At minimum, Plaintiffs ask the Court to wait until after reviewing Plaintiffs' opposition brief before deciding whether to continue the expert disclosure deadlines..

**IT IS SO STIPULATED.**

JOINT STIP TO ADVANCE HEARING DATE FOR JOINT DEFENSE MOTIONS -2-

|   |   |   |
|---|---|---|
| | | Respectfully Submitted, |
| Dated: November 9, 2023 | | HADSELL STORMER RENICK & DAI LLP |
| | | By:   */s/ Hanna Chandoo* |
| | |     Dan Stormer |
| | |     Hanna Chandoo |
| | | Attorneys for Plaintiffs |
| Dated: November 9, 2023 | | SIEGEL, YEE, BRUNNER & MEHTA |
| | | By:   */s/ EmilyRose Johns* |
| | |     EmilyRose Johns |
| | | Attorneys for Plaintiffs |
| Dated: November 9, 2023 | | BURKE, WILLIAMS & SORENSEN, LLP |
| | | By:   */s/ Gregory B. Thomas* |
| | |     Gregory B. Thomas |
| | |     Temitayo O. Peters |
| | | Attorneys for Defendants County of Sutter, Sheriff Brandon Barnes, Commander Dan Butler, Lieutenant Norman Bidwell, and Sergeant Kristie M. Garza |
| Dated: November 9, 2023 | | GORDON REES SCULLY MANSUKHANI, LLP |
| | | By:   */s/ Lindsey Romano* |
| | |     Lindsey Romano |
| | | Attorneys for Defendant |
| | | BRENDA FRANKS, WELLPATH, CALIFORNIA FORENSIC MEDICAL GROUP, KIP HALLMAN |
| Dated: November 9, 2023 | | RIVERA HEWITT PAUL LLP |
| | | By:   */s/ Jonathan B. Paul* |
| | |     Jonathan B. Paul |
| | |     Wendy Motooka |
| | | Attorneys for Defendants |
| | | COUNTY OF NEVADA, JEANNETTE MULLENAX |

JOINT STIP TO ADVANCE HEARING DATE FOR JOINT DEFENSE MOTIONS    -3

| | |
|---|---|
| Dated: November 9, 2023 | MAYALL HURLEY, P.C. |
| | |
| | By:   */s/ Mark E. Berry*               |
| | Mark E. Berry |
| | Attorneys for Defendant |
| | ASHLEY MOSELEY |

**ATTESTATION**

I, Hanna Chandoo, attest that all other signatures listed, and on whose behalf this filing is submitted, concur in the filing's contents and have authorized the filing.

                                  */s/ Hanna Chandoo*
                                    Hanna Chandoo

JOINT STIP TO ADVANCE HEARING
DATE FOR JOINT DEFENSE MOTIONS    -4-

# ORDER

Based on the Parties' stipulated request and good cause appearing, the Court grants the Parties' stipulation as follows:

    a.    Plaintiffs' deadline to oppose Defendants' Joint Motions is November 16, 2023.

    b.    Defendants' deadline to file reply briefs in support of Defendants' Joint Motions is November 22, 2023.

    c.    The hearing date on Defendants' Joint Motions is November 30, 2023.

**IT IS SO ORDERED.**

Dated: November 13, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE