Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

1  Dan Stormer, Esq. [S.B. #101967]
   Hanna Chandoo, Esq. [S.B. #306973]
2  **HADSELL STORMER RENICK & DAI LLP**
   128 N. Fair Oaks Avenue
3  Pasadena, California 91103
   Telephone: (626) 585-9600 / Facsimile: (626) 577-7079
   Emails: dstormer@hadsellstormer.com
4  hchandoo@hadsellstormer.com

5  Dan Siegel, SBN 56400
   EmilyRose Johns, SBN 294319
6  **SIEGEL, YEE, BRUNNER & MEHTA**
   475 14th Street, Suite 500
7  Oakland, California 94612
   Telephone: (510) 839-1200 / Facsimile: (510) 444-6698
   Emails: danmsiegel@gmail.com
8  emilyrose@siegelyee.com

9  Attorneys for Plaintiffs

   [Additional counsel continued on next page]
10

11              **UNITED STATES DISTRICT COURT**
                **EASTERN DISTRICT OF CALIFORNIA**

12  Estate of LINDA MILLER, by and through    )  CASE NO.  2:20-cv-00577-DJC-DMC
    CHRISTINA HYDE, as Administrator;         )
13  CHRISTINA HYDE; and Minor Plaintiff       )  **JOINT STIPULATION AND ORDER**
    H.S., by and through his Guardian *ad Litem,* )  **TO DISMISS DEFENDANT KIP**
    RICHARD HYDE,                             )  **HALLMAN**
14                                            )
                         Plaintiffs,          )  Judge:  Honorable Daniel J. Calabretta
15        vs.                                 )  Courtroom 10
                                              )
16  COUNTY OF SUTTER; COUNTY OF               )  Complaint Filed:  March 16, 2020
    NEVADA, SHERIFF BRANDON BARNES,           )  Trial Date:        October 15, 2024
    in his individual capacity; SHERIFF       )
17  SHANNON MOON, in her individual           )
    capacity; COMMANDER DAN BUTTLER,          )
18  in his individual capacity; LIEUTENANT    )
    NORMAN BIDWELL, in his individual         )
    capacity; SERGEANT KRISTIE M. GARZA,      )
19  in her individual capacity; BRENDA        )
    FRANKS, in her individual capacity;       )
20  MARETTE COOPER, in her individual         )
    capacity; JEANETTE MULLENAX, in her       )
    individual capacity; WELLPATH; H.I.G.     )
21  CAPITAL, LLC; CALIFORNIA FORENSIC         )
    MEDICAL GROUP (AKA Correctional           )
22  Medical Group Companies, Inc. and AKA     )
    WELLPATH); TAYLOR FIFTHIAN, in his        )
    official and individual capacities; MICHAEL )
23  KURITZKY in his official and individual   )
    capacities; KIP HALLMAN, in his official  )
    and individual capacities, and DOES 1-20, )
24                                            )
                         Defendants.          )

-1-

JOINT STIPULATION AND ORDER TO DISMISS DEFENDANT KIP HALLMAN

1    [Counsel continued from previous page]

2    LINDSEY M. ROMANO (SBN: 337600)
     Gordon Rees Scully Mansukhani, LLP
3    275 Battery Street, Suite 2000
     San Francisco, CA 94111
4    Telephone:  (415) 875-4126
     Facsimile:  (415) 986-8054
5    lromano@grsm.com

6    Attorney for Defendants
     Brenda Franks, Wellpath, California
7    Forensic Medical Group, Kip Hallman

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

JOINT STIPULATION AND ORDER TO DISMISS DEFENDANT KIP HALLMAN

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

1

Plaintiffs Estate of Linda Miller, Christina Hyde, and minor H.S., by and through his

2

Guardian *ad Litem,* Richard Hyde, (collectively, "Plaintiffs") and Defendant Kip Hallman

3

(collectively, the "Parties") stipulate to the following:

The Parties stipulate that Defendant Kip Hallman is dismissed from the case pursuant to

4

Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Parties will bear their own costs and fees.

5

**IT IS SO STIPULATED.**

6

7

Respectfully Submitted,

8

9

Dated: November 28, 2023                    HADSELL STORMER RENICK & DAI LLP

10

By:    */s/ Hanna Chandoo*

Dan Stormer

11

Hanna Chandoo
Attorneys for Plaintiffs

12

13

14

Dated: November 28, 2023                    SIEGEL, YEE, BRUNNER & MEHTA

15

By:   */s/ EmilyRose Johns*

16

Dan Siegel
EmilRose Johns

17

Attorneys for  Plaintiffs

18

19

Dated: November 28, 2023                    GORDON REES SCULLY MANSUKHANI,

20

LLP

21

By:   */s/ Lindsey M. Romano*

Lindsey M. Romano

22

Attorney for Defendant
Brenda Franks, Wellpath,

23

California Forensic Medical
Group, Kip Hallman

24

-3-

JOINT STIPULATION AND ORDER TO DISMISS DEFENDANT KIP HALLMAN

1

**ATTESTATION**

2

I, Hanna Chandoo, attest that all other signatures listed, and on whose behalf this filing

3

is submitted, concur in the filing's contents and have authorized the filing.

4

5
　　　　　　　　　　　　　　　　*/s/ Hannah Chandoo*
　　　　　　　　　　　　　　　　Hanna Chandoo

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

-4-

JOINT STIPULATION AND ORDER TO DISMISS DEFENDANT KIP HALLMAN

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

## ORDER

Based on the Parties' stipulated request and good cause appearing, the Court grants the Parties' stipulation as follows:

    a.    Defendant Kip Hallman is dismissed from the case.

    b.    The Parties will bear their own costs and fees.

**IT IS SO ORDERED.**

Dated:  November 28, 2023        /s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

-5-
JOINT STIPULATION AND ORDER TO DISMISS DEFENDANT KIP HALLMAN