**Gordon Rees Scully Mansukhani, LLP**
275 Battery Street, Suite 2000
San Francisco, CA 94111

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of LINDA MILLER, by and through CHRISTINA HYDE, as Administrator; CHRISTINA HYDE; and Minor Plaintiff H.S., by and through his Guardian *ad Litem,* RICHARD HYDE,<br><br>                Plaintiffs,<br>vs.<br><br>COUNTY OF SUTTER; COUNTY OF NEVADA, SHERIFF BRANDON BARNES, in his individual capacity; SHERIFF SHANNON MOON, in her individual capacity; COMMANDER DAN BUTTLER, in his individual capacity; LIEUTENANT NORMAN BIDWELL, in his individual capacity; SERGEANT KRISTIE M. GARZA, in her individual capacity; BRENDA FRANKS, in her individual capacity; MARETTE COOPER, in her individual capacity; JEANETTE MULLENAX, in her individual capacity; WELLPATH; H.I.G. CAPITAL, LLC; CALIFORNIA FORENSIC MEDICAL GROUP (AKA Correctional Medical Group Companies, Inc. and AKA WELLPATH); TAYLOR FIFTHIAN, in his official and individual capacities; MICHAEL KURITZKY in his official and individual capacities; KIP HALLMAN, in his official and individual capacities, and DOES 1-20,<br><br>                Defendants. | CASE NO. 2:20-cv-00577-DJC-DMC<br><br>**JOINT STIPULATION AND ORDER TO HOLD SETTLEMENT CONFERENCE**<br><br>Judge: Honorable Daniel J. Calabretta<br>Courtroom 10<br>Complaint Filed: March 16, 2020<br>Trial Date: October 15, 2024 |

## ORDER

Based on the Parties' stipulated request and good cause appearing, the Court grants the Parties' stipulation as follows:

    a.    By stipulation of the Parties, a Settlement Conference with Magistrate Judge Carolyn K. Delaney will be held on March 1, 2024, at 9:30 a.m. via Zoom.

**IT IS SO ORDERED.**

Dated: January 12, 2024                  /s/ Daniel J. Calabretta
                                                              THE HONORABLE DANIEL J. CALABRETTA
                                                              UNITED STATES DISTRICT JUDGE