RIVERA HEWITT PAUL LLP
JONATHAN B. PAUL, SBN 215884
WENDY MOTOOKA, SBN 233589
11341 Gold Express Drive, Suite 160
Gold River, California 95670
Telephone: 916-922-1200 Fax: 916 922-1303
Email:  JPaul@rhplawyers.com
            wmotooka@rhplawyers.com

Attorneys for Defendants COUNTY OF NEVADA and SERGEANT JEANNETTE MULLENAX

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of LINDA MILLER, by and through Minor H.S., by and through his Guardian *ad Litem* RICHARD HYDE, as Administrator; CHRISTINA HYDE; and Minor Plaintiff H.S., by and through his Guardian *ad Litem*, RICHARD HYDE,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SUTTER; COUNTY OF NEVADA, SHERIFF BRANDON BARNES, in his individual and official capacities; SHERIFF SHANNAN MOON, in her individual and official capacities; COMMANDER DAN BUTTLER, in his individual and official capacities; LIEUTENANT NORMAN BIDWELL, in his individual capacity; SERGEANT KRISTIE M. GARZA, in her individual capacity; BRENDA FRANKS, in her individual capacity; MARETTE COOPER, in her individual capacity; JEANETTE MULLENAX, in her individual capacity; WELLPATH; H.I.G. CAPITAL, LLC; CALIFORNIA FORENSIC MEDICAL GROUP (AKA Correctional Medical Group Companies, Inc. and AKA Wellpath); TAYLOR FIFTHIAN; and DOES 1-20,<br><br>Defendants. | Case No.: 2:20-cv-00577-DJC-DMC<br><br>**DEFENDANTS' EX PARTE APPLICATION FOR ORDER SHORTENING TIME ON DEFENDANTS' JOINT MOTION TO CONTINUE THE DISPOSITIVE MOTIONS FILING DEADLINE** |

RIVERA HEWITT PAUL LLP
11341 Gold Express Drive, Suite 160
Gold River, CA 95670
(916) 922-1200

EX PARTE APP. FOR OST
Case No. 2:20-cv-00577-DJC-DMC

1

I, WENDY MOTOOKA, declare as follows:

1. I am a duly licensed attorney admitted to practice before this Court and a member of the firm of Rivera Hewitt Paul LLP, attorneys of record for defendants COUNTY OF NEVADA and SERGEANT JEANNETTE MULLENAX ("Nevada County defendants") in this action.

2. The Nevada County defendants apply ex parte for an order shortening time on defendants' Joint Motion to Extend the Dispositive Motions Filing Deadline from March 29, 2024 to April 29, 2024. A copy of the proposed motion is attached hereto as **Exhibit A.**

3. I have spoken with counsel for defendants COUNTY OF SUTTER, SHERIFF BRANDON BARNES, COMMANDER DAN BUTTLER, LIEUTENANT NORMAN BIDWELL and SERGEANT KRISTIE M. GARZA; BRENDA FRANKS, WELLPATH, CALIFORNIA FORENSIC MEDICAL GROUP; and ASHLEE MOSELEY (collectively, "Defendants") about this ex parte application and they agree that an order shortening time is needed.

4. This case is set for settlement conference on March 1, 2024 before the Honorable Carolyn K. Delaney. Dkt. No. 185.

5. The dispositive motions filing deadline is March 29, 2024. Dkt. No. 123. Under the Court's Standing Order, the parties must meet and confer on dispositive motions 28 days in advance of the dispositive motions filing deadline, which would be March 1, 2024, the same day as the settlement conference.

6. The parties are currently engaged in expert discovery, with ten expert depositions scheduled between February 1, 2024 and February 28, 2024. The parties will also be conducting the court-ordered deposition of Minor Plaintiff H.S. on February 7.

7. The Court granted a stipulated order extending certain pretrial dates by 30 days at Dkt. No. 145. Defendants were under the mistaken impression that because the order continued the dispositive motions hearing deadline for 30 days to July 10, 2024, that the dispositive motions filing deadline would track with it.

8. The Court's order continuing the dispositive motions hearing deadline states that

RIVERA HEWITT PAUL LLP
11341 Gold Express Drive, Suite 160
Gold River, CA 95670
(916) 922-1200

EX PARTE APP. FOR OST
Case No. 2:20-cv-00577-DJC-DMC

2

1   all subsequent motions to modify the scheduling order would require a noticed motion.

2   9. It only recently came to Defendants' attention, in January 2024, that the
3   dispositive motions filing deadline did not move with the dispositive motions hearing deadline.

4   10. Because the Court's prior order directed that all subsequent modifications to the
5   scheduling order be done by way of noticed motion, I asked our staff to contact to the Court to
6   determine when the Court could hear Defendants' motion to continue the dispositive motion
7   filing deadline.  Staff contacted the Court and learned that March 14, 2024 was the earliest
8   available date.

9   11. If the dispositive motion filing deadline is March 29, 2024, Defendants must
10  engage in substantial preparation of their summary judgment and/or summary adjudication
11  motions in February, so that they may meaningfully meet and confer with plaintiffs about the
12  motions before March 1, 2024.

13  12. Defendants will also have to engage in this work in February, concurrently with
14  preparing for the settlement conference on March 1, 2024, and without the benefit of several
15  expert witness deposition transcripts, unless the dispositive motions filing deadline is continued
16  to a later date.

17  13. Defendants therefore respectfully seek an order, as soon as feasible, continuing the
18  dispositive motions filing deadline to April 29, 2024.

19  14. On January 17, 2024, I emailed plaintiffs to explain the scheduling problem and to
20  inquire if they would agree to join in Defendants' motion to extend the dispositive motions filing
21  deadline.

22  15. On January 18, 2024, plaintiffs declined to state their position because the parties
23  had not yet agreed on a date for Minor Plaintiff H.S.'s court-ordered deposition.  But the
24  deposition is unrelated to the dispositive motions filing deadline.

25  16. On January 19, 2024, I emailed plaintiffs again, asking them to indicate by January
26  22, 2024 whether they intended to oppose Defendants' motion and whether they would stipulate
27  to the motion being heard on shortened time.  Plaintiffs did not respond on January 22.

28  17. On January 24, 2025, Defendants conferred and agreed that they should not further

RIVERA HEWITT PAUL LLP
11341 Gold Express Drive, Suite 160
Gold River, CA 95670
(916) 922-1200

EX PARTE APP. FOR OST
Case No. 2:20-cv-00577-DJC-DMC      3

1  delay this time-sensitive motion.  I wrote to plaintiffs later that day, informing plaintiffs that Defendants intended to move to extend the dispositive motions filing deadline within the week and that Defendants would construe plaintiffs' silence as plaintiffs' intention to oppose defendants' motion and refusal to stipulate to the motion's being heard on shortened time.

18.  The following day, plaintiffs wrote back to say that they would provide their response the next day.

19.  On January 25, 2024, plaintiffs informed Defendants that "in principle" they did not oppose moving the dispositive motions filing deadline, but then plaintiffs proposed much more significant modifications to the Scheduling Order, including an extended briefing schedule. Plaintiffs' proposed modifications would reset the dispositive motions hearing date for August 8, 2024, the same date that the parties' Joint Pretrial Statement would be due.  Plaintiffs still did not indicate if they would oppose defendants' motion to extend the dispositive motions filing date, nor did they state whether plaintiffs would stipulate to have the motion heard on shortened time.

20.  On January 29, 2024, I wrote to plaintiffs again, informing them that Defendants intended to file their motion on shortened time solely to continue the dispositive motions filing deadline and asked plaintiffs to state whether they would oppose the motion and whether they would stipulate to have it heard on shortened time.  I requested that plaintiffs respond by close of business the following day.

21.  As of the time of the filing this declaration, Plaintiffs have not yet responded to my January 29, 2024 email.

22.  As described above, Defendants have attempted to obtain a stipulation from plaintiffs to have Defendants' motion heard on shortened time, but Plaintiffs have refused to respond to this inquiry.  Defendants construe Plaintiffs' silence to mean that they will oppose Defendants' motion and that they will not stipulate to its being heard on shortened time.

23.  Defendants therefore hereby apply ex parte for an order shortening time to hear Defendants' motion to continue the dispositive motions filing deadline, and respectfully request that the motion be heard by February 9, 2024, if feasible.  Defendants do not request a continuance of any other case management deadlines.

RIVERA HEWITT PAUL LLP
11341 Gold Express Drive, Suite 160
Gold River, CA 95670
(916) 922-1200

EX PARTE APP. FOR OST
Case No. 2:20-cv-00577-DJC-DMC

4

24. I have personal knowledge of the matters referenced above and, if called upon, could competently testify thereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 31, 2024, at Gold River, California.

      /s/ Wendy Motooka
WENDY MOTOOKA

RIVERA HEWITT PAUL LLP
11341 Gold Express Drive, Suite 160
Gold River, CA 95670
(916) 922-1200

EX PARTE APP. FOR OST
Case No. 2:20-cv-00577-DJC-DMC

5

# ORDER

Having reviewed the ex parte application of defendants and good cause appearing, defendants' ex parte application for an order shortening time on defendants' motion to continue the dispositive motions filing deadline from March 29, 2024 to April 29, 2024 is GRANTED. The Court further ORDERS:

1. Defendants' proposed motion to continue the dispositive motions filing deadline, served and filed with the ex parte application, shall be deemed filed on the same date as the ex parte application was filed;

2. Plaintiffs' opposition, if any, shall be filed seven (7) days after service of Defendants' motion;

3. There shall be no reply; and

4. The Court shall submit the matter without appearance and without oral argument pursuant to Local Rule 230(g). If the Court subsequently concludes that oral argument is necessary, a hearing will be set, and the parties notified accordingly.

**IT IS SO ORDERED.**

Dated: February 6, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

RIVERA HEWITT PAUL LLP
11341 Gold Express Drive, Suite 160
Gold River, CA 95670
(916) 922-1200

EX PARTE APP. FOR OST
Case No. 2:20-cv-00577-DJC-DMC

6