Gregory B. Thomas (SBN 239870)
E-mail: gthomas@bwslaw.com
Temitayo O. Peters (SBN 309913)
E-mail: tpeters@bwslaw.com
Jasper L. Hall (SBN 341113)
E-mail: jhall@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1999 Harrison Street, Suite 1650
Oakland, California 94612-3520
Tel: 510.273.8780    Fax: 510.839.9104

Attorneys for Defendants COUNTY OF SUTTER, SHERIFF BRANDON BARNES, COMMANDER DAN BUTTLER, LIEUTENANT NORMAN BIDWELL and SERGEANT KRISTIE M. GARZA (collectively "SUTTER COUNTY DEFENDANTS")

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| Estate of LINDA MILLER, by and through Minor H.S., by and through his Guardian ad Litem, RICHARD HYDE, as Administrator; CHRISTINA HYDE; and Minor Plaintiff H.S., by and through his Guardian ad Litem, RICHARD HYDE,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SUTTER; COUNTY OF NEVADA, SHERIFF BRANDON BARNES, in his individual capacity; SHERIFF SHANNON MOON, in her individual capacity; COMMANDER DAN BUTTLER, in his individual capacity; LIEUTENANT NORMAN BIDWELL, in his individual capacity; SERGEANT KRISTIE M. GARZA, in her individual capacity; BRENDA FRANKS, in her individual capacity; MARETTE COOPER, in her individual capacity; JEANETTE MULLENAX, in her individual capacity; WELLPATH; H.I.G. CAPITAL, LLC; CALIFORNIA FORENSIC MEDICAL GROUP (AKA Correctional Medical Group Companies, Inc. and AKA WELLPATH); KIP HALLMAN, in his official and individual capacities; ASHLEY MOSELEY; and DOES 2-20,<br><br>Defendant. | Case No. 2:20-cv-00577-DJC-DMC<br><br>**ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION**<br><br>*Filed concurrently with Notice, Memorandum and Declaration of Temitayo O. Peters*<br><br>Judge:   Hon. Daniel J. Calabretta<br><br>Action Filed:   March 16, 2020<br>Trial Date:   October 15, 2024 |

4874-1127-8261 v1    1    Case No. 2:20-cv-00577-DJC-DMC
ORDER GRANTING DEFTS'
ADMINISTRATIVE MOTION

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

Having considered Defendants' Administrative Motion and finding good cause therefore,

**IT IS HEREBY ORDERED** that:

1. The Sutter County Defendants' motion for administrative relief to file up to a thirty (30) page opening brief in support of their intended joint motion for summary judgment is GRANTED.

2. The Sutter County Defendants' motion for administrative relief to file up to a twenty-five (25) page reply brief in support of their intended joint motion for summary judgment is GRANTED.

**IT IS SO ORDERED.**

Dated:  April 11, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

Burke, Williams & Sorensen, LLP
Attorneys at Law
Oakland

4874-1127-8261 v1

2

Case No. 2:20-cv-00577-DJC-DMC
ORDER GRANTING DEFTS
ADMINISTRATIVE MOTION