RIVERA HEWITT PAUL LLP
JONATHAN B. PAUL, SBN 215884
WENDY MOTOOKA, SBN 233589
11341 Gold Express Drive, Suite 160
Gold River, California 95670
Telephone: 916-922-1200 Fax: 916 922-1303
Email: JPaul@rhplawyers.com
       wmotooka@rhplawyers.com

Attorneys for Defendants COUNTY OF NEVADA and SERGEANT JEANNETTE MULLENAX

Dan Stormer, Esq. [S.B. #101967]
Hanna Chandoo, Esq. [S.B. #306973]
Kate McFarlane, Esq. [S.B. #340706]
HADSELL STORMER RENICK & DAI LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600 / Facsimile: (626) 577-7079
Emails: dstormer@hadsellstormer.com
hchandoo@hadsellstormer.com
kmcfarlane@hadsellstormer.com

Attorneys for Plaintiffs

[Additional counsel continued on next page]

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of LINDA MILLER, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF SUTTER et al., <br><br> Defendants. | Case No.: 2:20-cv-00577-DJC-DMC <br><br> **STIPULATION OF DISMISSAL AND ORDER OF DISMISSAL** <br><br> Fed. R. Civ. P. 41(a)(1)(ii) |

RIVERA HEWITT PAUL LLP
11341 Gold Express Drive, Suite 160
Gold River, CA 95670
(916) 922-1200

STIPULATION OF DISMISSAL RE: NEVADA COUNTY DEFENDANTS
Case No. 2:20-cv-00577-DJC-DMC

1

[Counsel continued from previous page]

Dan Siegel, SBN 56400
EmilyRose Johns, SBN 294319
SIEGEL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, California 94612
Telephone: (510) 839-1200 / Facsimile: (510) 444-6698
Emails: danmsiegel@gmail.com
emilyrose@siegelyee.com

Attorneys for Plaintiffs


Gregory B. Thomas (SBN 239870)
E-mail: gthomas@bwslaw.com
Temitayo O. Peters (SBN 309913)
E-mail: tpeters@bwslaw.com
Jasper L. Hall (SBN 341113)
E-mail: jhall@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1999 Harrison Street, Suite 1650
Oakland, California 94612-3520
Tel: 510.273.8780 Fax: 510.839.9104

Attorneys for Defendants County of Sutter, Sheriff Brandon Barnes, Commander Dan Buttler, Lieutenant Norman Bidwell, Sergeant Kristie M. Garza


Lindsey M. Romano (SBN: 337600)
Allison J. Becker (pro hac vice)
Kathleen Rhoads (SBN: 144466)
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:  (415) 875-4126
Facsimile:  (415) 986-8054
lromano@grsm.com
abecker@grsm.com
krhoads@grsm.com

Attorneys for Defendants
Brenda Franks, Wellpath, California Forensic Medical Group

RIVERA HEWITT PAUL LLP
11341 Gold Express Drive, Suite 160
Gold River, CA 95670
(916) 922-1200

STIPULATION OF DISMISSAL RE: NEVADA
COUNTY DEFENDANTS
Case No. 2:20-cv-00577-DJC-DMC

2

Mark E. Berry, Esq. CA State Bar No. 155091
MAYALL HURLEY, P.C.
A Professional Corporation
2453 Grand Canal Boulevard
Stockton, California 95207-8253
Telephone: (209) 477-3833
Email: mberry@mayallaw.com
         jromero@mayallaw.com

Attorneys for Defendant Ashlee Moseley

RIVERA HEWITT PAUL LLP
11341 Gold Express Drive, Suite 160
Gold River, CA 95670
(916) 922-1200

STIPULATION OF DISMISSAL RE: NEVADA
COUNTY DEFENDANTS
Case No. 2:20-cv-00577-DJC-DMC

3

Plaintiffs Estate of LINDA MILLER by and through CHRISTINA HYDE as Administrator; CHRISTINA HYDE; and Minor Plaintiff H.S. by and through his Guardian ad Litem RICHARD HYDE and Defendants COUNTY OF NEVADA and SERGEANT JEANNETTE MULLENAX ("Nevada County Defendants"); Defendants WELLPATH, CALIFORNIA FORENSIC MEDICAL GROUP and BRENDA FRANKS ("Wellpath Defendants"); Defendants COUNTY OF SUTTER, SHERIFF BRANDON BARNES, COMMANDER DAN BUTTLER, LIEUTENANT NORMAN BIDWELL, and SERGEANT KRISTIE M. GARZA ("Sutter County Defendants"); and Defendant ASHLEE MOSELEY ("Moseley"), by and through their respective counsel record, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action shall be dismissed with prejudice as to all claims and causes of action brought against the Nevada County Defendants only. Plaintiffs and Nevada County Defendants will each bear their own attorneys' fees and costs associated with the dismissed claims.

IT IS SO STIPULATED.

DATE: June 27, 2024        RIVERA HEWITT PAUL LLP

   /s/ Wendy Motooka [as authorized on 6-27-24]
   WENDY MOTOOKA
   Attorneys for Defendants COUNTY OF NEVADA and
   SERGEANT JEANNETTE MULLENAX

Dated: June 27, 2024        HADSELL STORMER RENICK & DAI LLP

   /s/ Dan Stormer
   Dan Stormer
   Hanna Chandoo
   Kate McFarlane
   Attorneys for Plaintiffs

RIVERA HEWITT PAUL LLP
11341 Gold Express Drive, Suite 160
Gold River, CA 95670
(916) 922-1200

STIPULATION OF DISMISSAL RE: NEVADA
COUNTY DEFENDANTS
Case No. 2:20-cv-00577-DJC-DMC

4

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: June 27, 2024 | SIEGEL, YEE, BRUNNER & MEHTA |
| 3 | | |
| 4 | | /s/ EmilyRose Johns |
| 5 | | Dan Siegel<br>EmilyRose Johns<br>Attorneys for Plaintiffs |
| 6 | | |
| 7 | | |
| 8 | Dated: June 27, 2024 | GORDON REES SCULLY MANSUKHANI, LLP |
| 9 | | |
| 10 | | /s/ Lindsey M. Romano [as authorized on 6-27-24]<br>Lindsey M. Romano |
| 11 | | Attorney for Defendant |
| 12 | | Wellpath, California Forensic Medical Group, Brenda Franks |
| 13 | | |
| 14 | Dated: June 27, 2024 | BURKE, WILLIAMS & SORENSEN, LLP |
| 15 | | |
| 16 | | /s/ Gregory B. Thomas [as authorized on 6-27-24]<br>Gregory B. Thomas |
| 17 | | Temitayo O. Peters<br>Attorneys for Defendants County of Sutter, Sheriff |
| 18 | | Brandon Barnes, Commander Dan Buttler, Lieutenant<br>Norman Bidwell, Sergeant Kristie M. Garza |
| 19 | | |
| 20 | | |
| 21 | Dated: June 27, 2024 | MAYALL HURLEY, P.C. |
| 22 | | |
| 23 | | /s/ Mark E. Berry [as authorized on 6-27-24]<br>Mark E. Berry |
| 24 | | Attorneys for Defendant Ashlee Moseley |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

RIVERA HEWITT PAUL LLP
11341 Gold Express Drive, Suite 160
Gold River, CA 95670
(916) 922-1200

STIPULATION OF DISMISSAL RE: NEVADA COUNTY DEFENDANTS
Case No. 2:20-cv-00577-DJC-DMC

5

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), it is ORDERED that this action be, and hereby is, dismissed with prejudice as to all claims and causes of action against the Nevada County Defendants only, each party to bear their own attorneys' fees and costs with respect to the dismissed claims.

The County of Nevada and Sergeant Jeannette Mullenax are hereby dismissed from this action with prejudice.

**IT IS SO ORDERED.**

Dated: June 28, 2024         /s/ Daniel J. Calabretta
                             THE HONORABLE DANIEL J. CALABRETTA
                             UNITED STATES DISTRICT JUDGE

RIVERA HEWITT PAUL LLP
11341 Gold Express Drive, Suite 160
Gold River, CA 95670
(916) 922-1200

STIPULATION OF DISMISSAL RE: NEVADA COUNTY DEFENDANTS
Case No. 2:20-cv-00577-DJC-DMC

6