Lindsey M. Romano (SBN: 337600)
Allison J. Becker (pro hac vice)
Kathleen Rhoads (SBN: 144466)
**GORDON REES SCULLY MANSUKHANI, LLP**
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 875-4126
Facsimile: (415) 986-8054
lromano@grsm.com
abecker@grsm.com
krhoads@grsm.com
Attorneys for Defendants
Brenda Franks, Wellpath, California Forensic Medical Group

Dan Stormer, Esq. [S.B. #101967]
Hanna Chandoo, Esq. [S.B. #306973]
Kate McFarlane, Esq. [S.B. #340706]
**HADSELL STORMER RENICK & DAI LLP**
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600 / Facsimile: (626) 577-7079
Emails: dstormer@hadsellstormer.com
hchandoo@hadsellstormer.com
kmcfarlane@hadsellstormer.com
Attorneys for Plaintiffs

[Additional counsel continued on next page]

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of LINDA MILLER, by and through CHRISTINA HYDE, as Administrator; CHRISTINA HYDE; and Minor Plaintiff H.S., by and through his Guardian *ad Litem*, RICHARD HYDE,<br><br>Plaintiffs,<br>vs.<br><br>COUNTY OF SUTTER; COUNTY OF NEVADA, SHERIFF BRANDON BARNES, in his individual capacity; SHERIFF SHANNON MOON, in her individual capacity; COMMANDER DAN BUTTLER, in his individual capacity; LIEUTENANT NORMAN BIDWELL, in his individual capacity; SERGEANT KRISTIE M. GARZA, in her individual capacity; BRENDA FRANKS, in her individual capacity; | CASE NO. 2:20-cv-00577-DJC-DMC<br><br>**JOINT STIPULATION AND ORDER EXTENDING TIME TO FILE RESPONSES TO MOTIONS FOR SUMMARY JUDGMENT**<br><br>Judge: Honorable Daniel J. Calabretta<br>Courtroom 10<br>Complaint Filed: March 16, 2020<br>Trial Date: October 15, 2024 |

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

| | |
|---|---|
| 1 | MARETTE COOPER, in her individual capacity; JEANETTE MULLENAX, in her individual capacity; WELLPATH; H.I.G. CAPITAL, LLC; CALIFORNIA FORENSIC MEDICAL GROUP (AKA Correctional Medical Group Companies, Inc. and AKA WELLPATH); TAYLOR FIFTHIAN, in his official and individual capacities; MICHAEL KURITZKY in his official and individual capacities; KIP HALLMAN, in his official and individual capacities, and DOES 1-20, |
| | Defendants. |

[Counsel continued from previous page]

Dan Siegel, SBN 56400
EmilyRose Johns, SBN 294319
**SIEGEL, YEE, BRUNNER & MEHTA**
475 14th Street, Suite 500
Oakland, California 94612
Telephone: (510) 839-1200 / Facsimile: (510) 444-6698
Emails: danmsiegel@gmail.com
  emilyrose@siegelyee.com
  Attorneys for Plaintiffs

Gregory B. Thomas (SBN 239870)
E-mail: gthomas@bwslaw.com
Temitayo O. Peters (SBN 309913)
E-mail: tpeters@bwslaw.com
Jasper L. Hall (SBN 341113)
E-mail: jhall@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1999 Harrison Street, Suite 1650
Oakland, California 94612-3520
Tel: 510.273.8780 Fax: 510.839.9104
Attorneys for Defendants County of Sutter, Sheriff Brandon Barnes, Commander Dan Buttler, Lieutenant Norman Bidwell, Sergeant Kristie M. Garza

Mark E. Berry, Esq. CA State Bar No. 155091
MAYALL HURLEY, P.C.
A Professional Corporation
2453 Grand Canal Boulevard
Stockton, California 95207-8253
Telephone: (209) 477-3833
Email: mberry@mayallaw.com
    jromero@mayallaw.com
Attorneys for Defendant Ashley Moseley

Plaintiffs Estate of Linda Miller, Christina Hyde, and minor H.S., by and through his Guardian *ad Litem,* Richard Hyde, ("Plaintiffs") and Defendants Brenda Franks, Wellpath, California Forensic Medical Group, County of Sutter, Sheriff Brandon Barnes, Commander Dan Buttler, Lieutenant Norman Bidwell, and Sergeant Kristie M. Garza, and Ashlee Moseley(collectively, "Defendants") (collectively, the "Parties") stipulate to the following:

1. On April 29, 2024, Defendants filed Notice of and Motions for Summary Judgement. Dkts. 205, 206, 207, 208.

2. The Parties continue to engage in good faith settlement discussions with the assistance of a private mediator. The Parties have a proposal for a global settlement that is awaiting Board approval by one remaining Defendant.

3. In order to allow for these good faith settlement discussions to continue, the Parties have agreed to extend the deadlines for Plaintiffs to file their Responses to Defendants' Motions for Summary Judgment and for Defendants to file their Replies, should these responses be necessary.

4. Should the Parties agree on the global settlement, the Parties will promptly file a Notice of Settlement pursuant to Local Civil Rule 160.

5. Plaintiffs' deadline for filing an Opposition to Defendants' Motions for Summary Judgment has now passed. However, due to the contingency stated in Paragraph 2, Defendants respectfully request that the Court grant the parties' stipulation that Plaintiffs shall have to and until July 18, 2024, to file their Oppositions to Defendants' Motions for Summary Judgment. The Parties also stipulate that Defendants shall have to and until August 8, 2024, if the Court grants this stipulation, to file their Replies in Support of Defendants' Motions for Summary Judgment. The parties do not believe that these extensions will impact the hearing date for the motions, but defer to the Court's discretion on this issue.

///

**IT IS SO STIPULATED.**

Respectfully Submitted,

Dated: July 1, 2024                     HADSELL STORMER RENICK & DAI LLP

                 By:   */s/ Dan Stormer*

                    Dan Stormer
                    Hanna Chandoo
                    Kate McFarlane
                    Attorneys for Plaintiffs

Date: July 1, 2024                       SIEGEL, YEE, BRUNNER & MEHTA

                 By:   */s/ EmilyRose Johns*

                    Dan Siegel
                    EmilyRose Johns
                    Attorneys for  Plaintiffs

Dated: July 1, 2024                     GORDON REES SCULLY MANSUKHANI, LLP

                 By:   */s/ Lindsey M. Romano*

                    Lindsey M. Romano
                    Attorney for Defendant
                    Brenda Franks, Wellpath,
                    California Forensic Medical
                    Group

Dated: July 1, 2024                     BURKE, WILLIAMS & SORENSEN, LLP

                 By:   */s/ Temitayo O. Peters*
                    Temitayo O. Peters
                    Attorneys for Defendants
                    County of Sutter, Sheriff
                    Brandon Barnes, Commander
                    Dan Buttler, Lieutenant Norman
                    Bidwell, Sergeant Kristie M.
                    Garza

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

Dated: July 1, 2024                                MAYALL HURLEY, P.C.

                                          By:    */s/ Mark E. Berry*
                                                 Attorneys for Defendant Ashlee Moseley

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

**ATTESTATION**

I, EmilyRose Johns, attest that all other signatures listed, and on whose behalf this filing is submitted, concur in the filing's contents and have authorized the filing.

                                           */s/ EmilyRose Johns*
                                            EmilyRose Johns

# ORDER

Based on the Parties' stipulated request and good cause appearing, the Court grants the Parties' stipulation as follows:

    a.    By stipulation of the Parties,

        1.    Plaintiffs shall have to and including July 18, 2024, to file their Objections to Defendants' Motions for Summary Judgment.

        2.    Defendants shall have to and including August 8, 2024 to file their Replies in support of their Motions for Summary Judgment.

**IT IS SO ORDERED.**

Dated:  July 1, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE