Dan Stormer, Esq. [S.B. #101967]
Hanna Chandoo, Esq. [S.B. #306973]
HADSELL STORMER RENICK & DAI LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600 / Facsimile: (626) 577-7079
Emails: dstormer@hadsellstormer.com
         hchandoo@hadsellstormer.com

Dan Siegel, SBN 56400
EmilyRose Johns, SBN 294319
SIEGEL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, California 94612
Telephone: (510) 839-1200 / Facsimile: (510) 444-6698
Emails: danmsiegel@gmail.com
         emilyrose@siegelyee.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of LINDA MILLER, by and through Minor H.S., by and through his Guardian *ad Litem*, RICHARD HYDE, as Administrator; CHRISTINA HYDE; and Minor Plaintiff H.S., by and through his Guardian *ad Litem*, RICHARD HYDE, | Case No.: 20-cv-00577-DJC-DMC [Assigned to the Honorable Daniel J. Calabretta – Courtroom 10] |
| Plaintiffs, | **STIPULATION OF DISMISSAL AND ORDER OF DISMISSAL** |
| v. | |
| COUNTY OF SUTTER; COUNTY OF NEVADA, SHERIFF BRANDON BARNES, in his individual capacity; SHERIFF SHANNON MOON, in her individual capacity; COMMANDER DAN BUTTLER, in his individual capacity; LIEUTENANT NORMAN BIDWELL, in his individual capacity; SERGEANT KRISTIE M. GARZA, in her individual capacity; BRENDA FRANKS, in her individual capacity; JEANETTE MULLENAX, in her individual capacity; WELLPATH; CALIFORNIA FORENSIC MEDICAL GROUP (AKA Correctional Medical Group Companies, Inc. and AKA WELLPATH); KIP HALLMAN, in his official and individual capacities; ASHLEY MOSELEY; and DOES 2-20, | Fed. R. Civ. P. 41(a)(1)(ii) |
| Defendants. | |

_____
*Estate of Miller et al. v. County of Sutter et al.,* No. 20-cv-00577-DJC-DMC
Stipulation of Dismissal and Order of Dismissal - 1

Plaintiffs Estate of LINDA MILLER by and through CHRISTINA HYDE as Administrator; CHRISTINA HYDE; and Minor Plaintiff H.S. by and through his Guardian ad Litem RICHARD HYDE and Defendants WELLPATH, CALIFORNIA FORENSIC MEDICAL GROUP and BRENDA FRANKS ("Wellpath Defendants"); Defendants COUNTY OF SUTTER, SHERIFF BRANDON BARNES, COMMANDER DAN BUTTLER, LIEUTENANT NORMAN BIDWELL, and SERGEANT KRISTIE M. GARZA ("Sutter County Defendants"); and Defendant ASHLEE MOSELEY ("Moseley"), by and through their respective counsel record, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action shall be dismissed without prejudice as to all claims and causes of action brought against Brenda Franks only. Plaintiffs and Brenda Franks will each bear their own attorneys' fees and costs associated with the dismissed claims.

IT IS SO STIPULATED.

Dated: August 7, 2024          HADSELL STORMER RENICK & DAI LLP

   /s/ *Dan Stormer*
   Dan Stormer
   Hanna Chandoo
   Kate McFarlane
   Attorneys for Plaintiffs

Dated: August 7, 2024          SIEGEL, YEE, BRUNNER & MEHTA

   /s/ *EmilyRose Johns*
   Dan Siegel
   EmilyRose Johns
   Attorneys for Plaintiffs

Dated: August 7, 2024          GORDON REES SCULLY MANSUKHANI, LLP

   /s/ *Allison Becker*
   Lindsey M. Romano
   Allison Becker
   Kendra Stark
   Attorneys for Defendant
   Wellpath, California Forensic Medical Group, Brenda Franks

---

*Estate of Miller et al. v. County of Sutter et al.,* No. 20-cv-00577-DJC-DMC
Stipulation of Dismissal and Order of Dismissal - 2

Dated: August 7, 2024           BURKE, WILLIAMS & SORENSEN, LLP

                                      /s/ *Temitayo O. Peters*
                                     Gregory B. Thomas
                                     Temitayo O. Peters
                                     Attorneys for Defendants County of Sutter, Sheriff Brandon Barnes, Commander Dan Buttler, Lieutenant Norman Bidwell, Sergeant Kristie M. Garza

Dated: August 7, 2024           MAYALL HURLEY, P.C.

                                      /s/ *Mark E. Berry*
                                     Mark E. Berry
                                     Attorneys for Defendant Ashlee Moseley

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), it is ORDERED that this action be, and hereby is, dismissed without prejudice as to all claims and causes of action against Brenda Franks, each party to bear their own attorneys' fees and costs with respect to the dismissed claims.

Brenda Franks is hereby dismissed from this action with prejudice.

**IT IS SO ORDERED.**

Dated: August 9, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

*Estate of Miller et al. v. County of Sutter et al.,* No. 20-cv-00577-DJC-DMC
Stipulation of Dismissal and Order of Dismissal - 4