1  Dan Stormer, Esq. [S.B. #101967]
   Hanna Chandoo, Esq. [S.B. #306973]
2  HADSELL STORMER RENICK & DAI LLP
   128 N. Fair Oaks Avenue
3  Pasadena, California 91103
   Telephone: (626) 585-9600 / Facsimile: (626) 577-7079
4  Emails: dstormer@hadsellstormer.com
         hchandoo@hadsellstormer.com
5
   Dan Siegel, SBN 56400
6  EmilyRose Johns, SBN 294319
   SIEGEL, YEE, BRUNNER & MEHTA
7  475 14th Street, Suite 500
   Oakland, California 94612
8  Telephone: (510) 839-1200 / Facsimile: (510) 444-6698
   Emails: danmsiegel@gmail.com
9         emilyrose@siegelyee.com

10 Attorneys for Plaintiffs
   [Additional counsel continued on next page]
11
                   UNITED STATES DISTRICT COURT
12                 EASTERN DISTRICT OF CALIFORNIA

13 Estate of LINDA MILLER, by and through Minor     Case No.: 2:20-cv-00577-DJC-DMC
   H.S., by and through his Guardian *ad Litem*,
14 RICHARD HYDE, as Administrator; CHRISTINA        [Assigned to the Honorable Daniel J. Calabretta –
   HYDE; and Minor Plaintiff H.S., by and through   Courtroom 10]
15 his Guardian *ad Litem*, RICHARD HYDE,

16                    Plaintiffs,                   **JOINT STIPULATION AND ORDER RE**
                                                    **HEARING ON MINOR'S COMPROMISE**
17         v.
                                                    Complaint filed:    March 16, 2020
18 COUNTY OF SUTTER; COUNTY OF NEVADA,              Trial Date:         October 15, 2024
   SHERIFF BRANDON BARNES, in his individual
19 capacity; SHERIFF SHANNON MOON, in her
   individual capacity; COMMANDER DAN
20 BUTTLER, in his individual capacity;
   LIEUTENANT NORMAN BIDWELL, in his
21 individual capacity; SERGEANT KRISTIE M.
   GARZA, in her individual capacity; BRENDA
22 FRANKS, in her individual capacity; MARETTE
   COOPER, in her individual capacity; JEANETTE
23 MULLENAX, in her individual capacity;
   WELLPATH; H.I.G. CAPITAL, LLC;
24 CALIFORNIA FORENSIC MEDICAL GROUP
   (AKA Correctional Medical Companies,
25 Inc. and AKA WELLPATH); TAYLOR
   FIFTHIAN, in his official and individual
26 capacities; KIP HALLMAN, in his official and
   individual capacities; ASHLEY MOSELEY; and
27 DOES 2-20,

28                    Defendants.

[Counsel continued from previous page]

Gregory B. Thomas (SBN 239870)
Temitayo O. Peters (SBN 309913)
Jasper L. Hall (SBN 341113)
BURKE, WILLIAMS & SORENSEN, LLP
1901 Harrison Street, Suite 900
Oakland, CA  94612-3501
Tel:  510.273.8780    Fax:  510.839.9104
E-mail:  gthomas@bwslaw.com, tpeters@bwslaw.com, jhall@bwslaw.com

Attorneys for Defendants County of Sutter, Sheriff Brandon Barnes, Commander Dan Butler, Lieutenant Norman Bidwell, and Sergeant Kristie M. Garza

*Allison J. Becker (admitted pro hac vice)*
Lindsey M. Romano (SBN: 337600)
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:  (415) 875-4126
Facsimile:  (415) 986-8054
lromano@grsm.com

Attorneys for Defendants WELLPATH and CALIFORNIA FORENSIC MEDICAL GROUP

**MAYALL HURLEY, P.C.**
A Professional Corporation
2453 Grand Canal Boulevard
Stockton, California 95207-8253
Telephone: (209) 477-3833
MARK E. BERRY, ESQ.
CA State Bar No. 155091

Attorneys for Defendant ASHLEY MOSELEY

1  Plaintiffs H.S., a minor, by and through his Guardian ad Litem Richard Hyde, Christina Hyde,
2  and Estate of Linda Miller, by and through Christina Hyde as Administrator, and Defendants County of
3  Sutter, Sheriff Brandon Barnes, Commander Dan Buttler, Lieutenant Norman Bidwell, Sergeant Kristi
4  M. Garza, Ashley Moseley, and California Forensic Medical Group (aka Wellpath) (collectively,
5  the "Parties") by and through their counsel of record, stipulate to the following:
6  On June 18, 2024, the Parties participated in a private mediation with retired judge Steven Austin.
7  The case did not settle during the private mediation, but the Parties were able to reach a settlement
8  afterwards with Judge Austin's continued assistance.  The Parties required several months to structure the
9  settlement for the minor plaintiff.
10  On October 30, 2024, Plaintiffs filed an unopposed motion for approval of a settlement of a
11  minor's claims (the "Minor's Compromise").  Prior to filing the motion, Plaintiffs' counsel contacted the
12  Court to obtain a hearing date.  The earliest available hearing date was January 23, 2025, which Plaintiffs
13  reserved in the Minor's Compromise.
14  In order to fund minor plaintiff H.S.'s portion of the settlement in accordance with the agreed-
15  upon schedule, Plaintiffs require a signed order from the Court approving the Minor's Compromise by
16  December 1.  If the signed order is received after this date, minor plaintiff H.S.'s contribution schedule
17  will need to be redrawn, and there is a high chance that H.S.'s benefit amounts will change.
18  Accordingly, the Parties stipulate to accelerate or forego the hearing on the Minor's Compromise.
19  If the Court prefers to accelerate the hearing, Plaintiffs can work with the Court's clerk to find a date that
20  is convenient for the Court and the Parties.
21  **IT IS SO STIPULATED.**
22
23  Respectfully Submitted,
24  Dated: November 5, 2024   HADSELL STORMER RENICK & DAI LLP
25
26  By:   */s/ Hanna Chandoo*
    Dan Stormer
27  Hanna Chandoo
    Attorneys for Plaintiffs
28

JOINT STIP & ORDER RE
HEARING ON MINOR'S COMP   -1-

1  Dated: November 5, 2024                     SIEGEL, YEE, BRUNNER & MEHTA

2                                              By:   _/s/ EmilyRose Johns_____
3                                                     EmilyRose Johns
                                               Attorneys for Plaintiffs
4

5  Dated: November 5, 2024                     BURKE, WILLIAMS & SORENSEN, LLP

6
                                               By:   _/s/ Temitayo O. Peters_____
7                                                     Temitayo O. Peters
8                                              Attorneys for Defendants County of Sutter, Sheriff Brandon
                                               Barnes, Commander Dan Butler, Lieutenant Norman
9                                              Bidwell, and Sergeant Kristie M. Garza

10

11 Dated: November 5, 2024                     GORDON REES SCULLY MANSUKHANI, LLP

12                                             By:_/s/ Allison J. Becker_____
                                                     Allison J. Becker
13                                             Attorneys for Defendants
14                                             WELLPATH AND
                                               CALIFORNIA FORENSIC MEDICAL GROUP
15

16 Dated: November 5, 2024                     MAYALL HURLEY, P.C.

17
                                               By:   _/s/ Mark E. Berry_____
18                                                    Mark E. Berry
19                                             Attorneys for Defendant
                                               ASHLEY MOSELEY
20

21

22                              **ATTESTATION**

23        I, Hanna Chandoo, attest that all other signatures listed, and on whose behalf this filing is

24 submitted, concur in the filing's contents and have authorized the filing.

25
                                               _____/s/  Hanna Chandoo_____
26                                                     Hanna Chandoo
27

28
   _____
   JOINT STIP & ORDER RE                            -2-
   HEARING ON MINOR'S COMP

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>ORDER</u>**

Based on the Parties' stipulated request and good cause appearing, the Court takes the Minor's Compromise, attached to ECF No. 223, under submission.  The corresponding hearing, set for January 23, 2025, is off calendar.  **IT IS SO ORDERED.**

Dated:  November 5, 2024

/s/ Daniel J. Calabretta
_____
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE