1  Lindsey M. Romano (SBN: 337600)
   Allison J. Becker (PRO HAC VICE)
2  Kathleen Rhoads (SBN: 144466)
   **GORDON REES SCULLY MANSUKHANI, LLP**
3  315 Pacific Avenue
   San Francisco, CA 94111
4  Telephone: (415) 875-4126
   Facsimile: (415) 986-8054
5  lromano@grsm.com
   abecker@grsm.com
6  krhoads@grsm.com
   Attorneys for Defendants
7  Wellpath and California Forensic Medical Group

8              UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of LINDA MILLER, by and through CHRISTINA HYDE, as Administrator; CHRISTINA HYDE; and Minor Plaintiff H.S., by and through his Guardian *ad Litem*, RICHARD HYDE,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SUTTER; COUNTY OF NEVADA, SHERIFF BRANDON BARNES, in his individual capacity; SHERIFF SHANNON MOON, in her individual capacity; COMMANDER DAN BUTTLER, in his individual capacity; LIEUTENANT NORMAN BIDWELL, in his individual capacity; SERGEANT KRISTIE M. GARZA, in her individual capacity; BRENDA FRANKS, in her individual capacity; MARETTE COOPER, in her individual capacity; JEANETTE MULLENAX, in her individual capacity; WELLPATH; H.I.G. CAPITAL, LLC; CALIFORNIA FORENSIC MEDICAL GROUP (AKA Correctional Medical Group Companies, Inc. and AKA WELLPATH); TAYLOR FIFTHIAN, in his official and individual capacities; MICHAEL KURITZKY in his official and individual capacities; KIP HALLMAN, in his official and individual capacities, and DOES 1-20<br><br>Defendants. | CASE NO. 2:20-cv-00577-DJC-DMC<br><br>**NOTICE OF UNAVAILABILITY OF WELLPATH DEFENDANTS' COUNSEL ALLISON J. BECKER** |

-1-
NOTICE OF UNAVAILABILITY OF WELLPATH DEFENDANTS' COUNSEL ALLISON J. BECKER

1  **TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF**

2  **RECORD HEREIN:** PLEASE TAKE NOTICE that Wellpath Defendants' Counsel, Allison J.

3  Becker, will be out of the state and unavailable for any purpose from **September 28, 2025,**

4  through **October 11, 2025**. *See, Tenderloin Housing Clinic v. Sparks,* 8 Cal. App.4th 299 (1992).

Dated: May 29, 2025.                         GORDON REES SCULLY MANSUKHANI, LLP

By:   */s/ Allison J. Becker*
      Lindsey M. Romano
      Allison J. Becker (pro hac vice)
      Kathleen Rhoads
      Attorney for Defendants
      Wellpath and California Forensic
      Medical Group

**Gordon Rees Scully Mansukhani, LLP**
**315 Pacific Avenue**
**San Francisco, CA 94111**

## **CERTIFICATE OF SERVICE**

*Estate of LINDA MILLER, by and through CHRISTINA HYDE; et al. vs. COUNTY OF SUTTER, et al.*

USDC Eastern District of California Case No.: 2:20-cv-00577-DJC-DMC

I, Todd S. Yoho, certify that this document, filed through the court's ECF system, will be sent electronically to the registered participants, as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Date: May 29, 2025       By: */s/Todd S. Yoho*